Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Sitehands, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

81-4574983

**4. Debtor's address**

**Principal place of business**

9 East 8th Street
Number      Street

Box #145

New York          NY     10003
City                      State     ZIP Code

New York County
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City                      State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                      State     ZIP Code

**5. Debtor's website** (URL)    _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

811212

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check* **all** *that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                MM / DD / YYYY

                 District _____ When _____ Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

               District _____ When _____
                                                MM / DD / YYYY

               Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

Number        Street

_____

_____

City                                   State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Sitehands, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/16/2020
            MM  / DD / YYYY

✖ /s/ Ben Golden

Ben Golden

Signature of authorized representative of debtor

Printed name

Title  Chief Financial Officer

**18. Signature of attorney**

✖ /s/ Yann Geron

Signature of attorney for debtor

Date  12/16/2020
      MM   / DD / YYYY

Yann Geron

Printed name

Geron Legal Advisors LLC

Firm name

370 Lexington Avenue 1101

Number        Street

New York

NY            10017

City

State        ZIP Code

(646) 560-3224

ygeron@geronlegaladvisors.com

Contact phone

Email address

2252609

NY

Bar number

State

1iSoluiton LLC.
1083 SW County Road 2360
Streetman, TX 75859

2Cz LLC
21497 SW 87th CT.
Miami, FL 33189

523 Tech LLC
6221 Coldwater Lane
Flower Mound, TX 75028

Accensis
309 Umhlanga Rocks Drive
La Luci Ridge,  4319

Acystems
4237 Union Street
Suite B22
Flushing, NY 11355

Adam Holland
5715 Steward Road
Galena, OH 43021

AF Data Technology LLC
837 Neill Avenue
Bronx, NY 10462

AFL Network Services, Inc.
PO Box 896112
Charlotte, NC 28289-6112

Aggancio
28 West 36th Street, Ste 401
New York, NY 10018

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36104

Alex Friends
4119 Stonecrest Drive
Apt. B2
Burlington, NC 27215

Alexander Susana
44 S LILBURN DRIVE
Garnervill, NY 10923

Alis Technology, LCC
9602 Tiltree St.
Houston, TX 77075

Allelon Systems Integration, LLC
3955 Center Road Unit 827
Brunswick, OH 44212-7941

Allison Irene Shope Pearson
17208 Cambridge Woods Ct
Charlotte, NC 28277-2997

Amanda Paige Fowler
3918 Melco Ct
High Point, NC 27265-8185

Amazon Capital Services, Inc.
PO Box 035184
Seattle, WA 98124-5184

Amede Catherine Deane
37 Russell Ter
Eatontown, NJ 07724-2449

American Eagle Systems, Inc.
160 Wilbur Place Suite 600
Bohemia,, NY 11716

American Express 2-31000

American Info Systems, LLC
1085 Hoover Dr
North Brunswick, NJ 8902

Amidom Solutions LLC.
19915 Kinsington Briar Lane
Katy, TX 77449

Amitude Asia Limited
Room B/17F Wyndham Place, 44 Wyndham St
Hong Kong,

Amjad Khan
1542 Russel Street
Berkley, CA 94703

Amorserv LLC
2340 W Touhy Ave
Suite B
Chicago, IL 60645

Amtitude Asia Limited
Room B 17F Wyndham Place, 44 Wyndham St
Hong Kong,

Andrew D. Bezgembluk
1715 US Route 1
Cape Neddick, ME 3902

Andrew Pearsall
8363 Barncliff Rd
Charlotte, NC 28227

Andrew Robinett
199 Northmoor Place
Columbus, OH 43214

Anixter Inc.
PO Box 847428
Dallas, TX 75284-7428

Anthony Broadbent
6819 Wyndbend Ln
Mint Hill, NC 28277-4256

Anthony Dye
525 S. Church St
2102
Charlotte, NC 28202-0125

Anthony Logan
3869 Santa Maria Drive
Grove City, OH 43123

Apex Systems, LLC
3750 Collections Center Drive
Chicago, IL 60693

Apple Inc.
1 Apple Park Way
Cupertino, CA 95014

Appliance Fixer LLC
127 Mason Street
Hempstead, NY 11550

Aptitude Asia Limited (HKD)
18F Chinachem Hollywood Centre
1 Hollywood Road Central
Hong Kong,

Arevo Group, Inc
PO Box 60839
Charlotte, NC 28260-0839

Arizona Department of Revenue
Arizona Department of Revenue
P.O. Box 29085
Phoenix, AZ 85038-9085

Arizona Department of Revenue
PO Box 29010
Phoenix, AZ 85038

Arkansas Department of Finance and Administra
PO Box 1272
Little Rock, AR 72203

Arnpro Tech, LLC
10530 Utopia Circle West
Boynton Beach, FL 33437

Array Technical Service Group Inc.
4223 W. Lake St. Unit 447
Chicago, IL 60624

Artan Xharo
59-26 68th Avenue
Queens, NY 11385

Ascensus
PO Box 101900
Pasadena, CA 91189-1900

Ashley Olson
11810 Elevation Pointe Dr
Apt 500-212
Charlotte, NC 28277

Ashlynn Mullis
546 Keels Ave
Rock Hill, SC 29730

Aspen Technologies
570 W. Southern Ave
Tempe, AZ 85282

Authentic Information Group of Companies
2800 Freeway Blvd
Brooklyn Center, MN 55430

Avalara
Dept. CH 16781
Palatine, IL 60055

Avalara Headquarters
255 S. King St.
Suite 1800
Seattle, WA 98104

Awis, Icc
33 North Iobban Unit C
Buffalo, WY 82824

Bassus Roberto Andres
Catamarca 1226 Piso:1
Dpto: A - Rosario Norte
Santa Fe,

Ben Golden
209 York Street
Jersey City, NJ 7302

Bennett Network Communications
1303C Apple Tree Ln
Birmingham, AL 35226

BGOS IT SERVICES PRIVATE LIMITED (EUR)
E 204 Rishi Nagar, Shakur Basti

Bill King
121 Dunham Springs Lane
Nashville, TN 37205

BizPro
231 Market Place, 317
San Ramon, CA 94583

BizTectonics, LLC
518 Van Beuren Road
Morristown, NJ 7960

Black Ink Business Services, LLC
18 Bridge Street Ste 4A
Brooklyn, NY 11201

Blaine Roux
8011 Bushy Creek Dr
Charlotte, NC 28216-7753

BoeTel LLC
PO. Box 680
Chalmette, LA 70044

Boingo Graphics
656 Michael Wylie Drive
Charlotte, NC 28217

Boomi Inc.
PO Box 842848
Boston, MA 02284-284

Bouygues E&S InTec Schweiz AG
Hohlstrasse 188
Zurich,  8004

Bouygues E&S InTec Schweiz AG
Hohlstrasse 188
Zurich,

Brandon McDade
118 East Cold Hollow Farms Dr.
Mooresville, NC 28117

Brandon Michael Walters
14419 Glendon Hall Lane
Charlotte, NC 28262

Bret Leatherwood
1336 Downs Avenue
Charlotte, NC 28205

Brianna Nicole Chaifetz
815 Somersby Ln
Matthews, NC 28105-1504

Bryntum AB
co Andersson
22653 LUND

Bryntum AB
c/o Andersson, Fågelhundsvägen 10
22653 LUND
Sverige,

Business Information Services (BIZ)
PO Box 187
Colts Neck, NJ 7722

Buzzacott
130 Wood Street
London,

BVBA Ardeel Dirk (EURO)
H. Consciencestraat 59
Gentbrugge, 9050

Cache Valley
875 North 1000 West
Logan, UT 84321

CADLAN S.A.
Calle del Marques de Urquijo, 14, 1 Dcha
Madrid, 28008

Cagney Maintenance Services Limited
Unit 17 The Hub Logistic Business Park
Bracetown
Dublin,

Caidar Technology Incorporated LLC
710 Boundary Street
Unit 1B
Beaufort, SC 29902

Caitlin Coffman
4423 Gladwood Lane
Charlotte, NC 28269

California Department of Tax and Fee Administ
PO Box 942879
Sacramento, CA 94279-0001

Call Experts
PO Box 31418
Charleston, SC 29417

Callidus Software, Inc.
4140 Dublin Blvd.
Suite 400
Dublin, CA 94568

Canon Financial Services, Inc
14904 Collections Center Drive
Chicago, IL 60693

Canopus IT Solutions UG
Praunheimer Landstra?e 32
Frankfurt am Main, 60488

CareerBuilder, LLC
13047 Collection Center Drive
Chicago, IL 60693-0130

Carrie Mao
10813 Bennett Dr
Davidson, NC 28036-7614

Caymen Mills
21322 Pine Street
Cornelius, NC 28031

CBCS Custom Network
1316 Regency Lane
Lake Villa, IL 60046

CBRE
P.O. Box 102151
CSHV 615 College, LLC
Pasadena, CA 91189

Ceenex Global Computer Trading LLC
1702 The Exchange Tower
Business Bay
Dubai,

CFGI, LLC
99 High Street, 30th Floor
Boston, MA 2110

Charles Eugene Cribbs
158 Firestone Dr
Delaware, OH 43015-4252

Checkr Inc.
One Montgomery Street
Suite 2000
San Francisco, CA 94104

Christeen Simon
9704 Kittansett Dr
Apt. F
Charlotte, NC 28262

Christina Burgos
467 East Sidney Street
Saint Paul, MN 55107

Christopher Corrado
277 West Water Street
Rosemary Beach, FL 32461

Christopher Mccoy
1745 George Dunn Rd
Rock Hill, SC 29730-7013

Christopher Scutti

City 2 City Solutions
718 W 22ND ST
PINE BLUFF, AR 71601

Classic IT Services
5945 S 245 W
Salt Lake City, UT 84107

CLAYTON & McKERVEY
2000 Town Center Suite 1800
Southfield, MI 48075

CliftonLarsonAllen LLP
227 West Trade Street
Suite 800
Charlotte, NC 28202

Cloud Techs R Us
7401 Wiles Rd Suite 347
Coral Springs, FL 33057

Cogency Global Inc.
P.O. Box 3168
Hicksville, NY 11802

Colin Bennett
1315 Harding Place
Apt 339
Charlotte, NC 28204

Colorado Department of Revenue
PO Box 17087
Denver, CO 80217-0087

CommonWorld of PA LLC
189 Butztown Road
Bethlehem, PA 18020

Commprehend INC.
10431 Fairchild Road
Spring Hill, FL 34608

Comptex Services
6620 Gessner Rd
Apt 4203
Houston, TX 77040

Comptroller of Maryland
PO Box 8888
Annapolis, MD 21401-8888

Conecto Networks
Noordbaan 803
Moordrecht,  2841

Connect IT
4922 W Berhend Dr
Glendale, AZ 85308

Connecticut Department of Revenue
PO Box 2977
Hartford, CT 06104-2977

Connecting Tomorrow IT UG
Webergasse 3
Bad Hesfeld,  36251

Connecting Tomorrow IT UG (Haftu)
Guldene Kammer 40a
Bad Hersfeld,  36251

Connection Services LLC
1776 Bohemia Mill Rd
Middletown, DE 19709

Connectivitywerx - 1446995 Ontario Ltd.
250 Shields Court
Unit 21
Markham,

Console IT
35 Rue Maurice David
Pierrefitte-sur-Seine,  93380

CONTACT I.T. EXPERTS
7647 Waterbury Place
Rancho Cucamonga, CA 91730

Conti Corporation
6417 Center Dr
Sterling Heights, MI 48312

Continental Electrical Construction Company L
815 Commerce Drive
Suite 100
Oak Brook, IL 60523

Coranet
17 Battery Place
Suite 709
NEW YORK, NY 10004

CORE Values Consulting & Solutions
646 Oak Meadow Drive
Jackson, MO 63755

Corporate Service Consulting SAC
Repblica de Panam 3055, San Isidro
Lima,

Cort Business Services Corp
PO Box 17401
Baltimore, MD 21297

CoStar Realty Infomation, Inc
1331 L Street Northwest
Washington, DC 20005

Crescent Communications LTD
Cookstown Business Centre Unit A3
Dublin,  24

CS Technology, Inc.
One Penn Plaza, Floor 54
New York, NY 10119

Custom Home Pubs, LLC
1640 Sardis Rd. N # 120
Charlotte, NC 28270

Cyber Pro Inc.
3905 Windemere Drive
Colgate, WI 53017

CyberCoders, Inc.
6591 Irvine Center Dr
Irvine, CA 92618

Daphne Ginn

Darius Johnson
67 East Hortter Street
Philadelphia, PA 19119

Data and Voice Specialists, Inc.
566 Dunmar Cricle
Winter Springs, FL 32708

Data Tech Cabling Consulant LLC
14704 Glenduff Place
Charlotte, NC 28278

Datek Installasjon AS
Ulvenveien 111
Oslo,  665

Davenport Mobile Web & Computer Support
430 Cascade Rise Court SW
Atlanta, GA 30331

David Keith Wood, Jr.
112 Drawbridge Court
Mooresville, NC 28117

David Lee Weber
914 E Woodlawn Rd
Charlotte, NC 28209-4937

David Ramos Cazares
1130 West Beacon Avenue
Anaheim, CA 92802

Delaware Division of Revenue
PO Box 830
Wilmington, DE 19899-0830

Delaware Division of Revenue
PO Box 2044
Wilmington, DE 19801-2044

Dennis Kirton
9623 Aventide Ln
Charlotte, NC 28215-6097

DeployIT USA, Inc.
DeployIT USA
10534 Golde Grove Ave
Dyer, IN 46311-7044

DESERT COMM, LLC
6436 REMEX WAY
NORTH LAS VEGAS, NV 89084

District of Columbia Office of Tax and Revenu
1101 4th Street SW
Suite 270 WEst
Washington, DC 20024

Douglas Schrader
701 Cavendish Lane
Waxhaw, NC 28173

DR TEC, Inc.
20648 South Graceland Lane
Frankfort, IL 60423

Duplo S Serviaos de Apoio Administrativo Ltda
Jamaris, 100 sala 801

Dustin James Torrey
5329 Roberta Crossing Dr
Concord, NC 28027

Dylan Murphy
1449 S Church St Apt 559
Charlotte, NC 28203-4026

EAS Consulting, LLC
32 Thornton Rd
Londonderry, NH 3053

Eboney Brooks
7223 Streamhaven Drive
Harrisburg, NC 28075

Egyptian Networking Consultations (ENC)
128 Gesr Al Suez
Cairo,

Electra Link Inc.
21755 Interstate 45, Bldg. 10
Spring, TX 77388

Eliacin Technologies Solutions LLC
1030 Carroll Street Suite 5F
Brooklyn, NY 11225

ELITE Network Solutions (obsolete)
15000 82nd Ave
Dyer, IN 46311

ELITE Network Solutions LLC
15000 82nd Ave
Dyer, IN 46311

Elizabeth Vinson

Emerson Schaeffer
1331 West Morehead Street
Apt. 523
Charlotte, NC 28208

EMILIA INFORMATICA SRL
Via Luigi Rigolli 69
Piacenza,

Empower Retirement
Dept 1355
Denver, CO 80256-1355

Eric Hawkins

Eric Hawkins
4739 Hickory Creek Drive
Unit 8
University Park, IL 60484

Eric Krueger
1932 Chatooka Lane
Waxhaw, NC 28173

Eric Wade
400 East 33rd Street
Apt. 1809
Chicago, IL 60616

Ershad Ahmad Nikzad
13341 Sloe Way
Huntersville, NC 28078

EV-TECH
525 Northridge Road Apt E
Sandy Springs, GA 30350

Evolution IT
5547 W Adamson Circle
West Jordan, UT 84081

Ewell Wallace
8844 South Aberdeen Street
Chicago, IL 60620

Excel Redstone Converged Solutions Limited
40 Holborn Viaduct
London,

EZ IT Hands LLC
1621 W 25th Street #204
San Pedro, CA 90732

Facility Solutions Group, Inc.
4401 Westgate Blvd., Suite 310
Austin, TX 78745-1494

Fayette Electrical Service, Inc.
390 Blue Sky Parkway
Lexington, KY 40509

FEDEX
P.O. Box 371461
Pittsburgh, PA 15250-7461

Felix Suarez

Fidelis Communications, Inc.
580 Industry Drive
Tukwila, WA 98188

Field Medix
2101 NW 33rd Street, Suite 3100A
Pompano Beach, FL 33069

Fiscal Solutions
130 Wood Street
London,

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100

Forager Technologies
361 Sandcastle Road
Franklin, TN 37069-7180

Forms & Supply Inc
PO Box 563953
Charlotte, NC 28256-3953

Fortify 24x7
2067 Apa Road
Point Roberts, WA 98281

Francisco Mcmillan
6432 Jerimoth Dr
Charlotte, NC 28215-3270

Francotyp-Postalia, Inc.
140 N. Mitchell Ct., Suite 200
Addison, IL 60101-5629

Frank Sparano
11540 South Avenue J
Chicago, IL 60617

FS24-7 Ltd
2884 Alpine Terrace
Cincinnati, OH 45208

FTV Management Company, LP
555 California Street
Suite 2850
San Francisco, CA 94104

Garrett Selden
1310 Champion Drive
Wake Forest, NC 27587

Gartner Inc.
P.O. Box 911319
Dallas, TX 75391-1319

Genesis Corp
P.O Box 9500-5815
Philadelphia, PA 19195-5815

George James
3121 Spring Creek Trail
Celina, TX 75078

Georgia Department of Revenue
PO Box 105408
Atlanta, GA 30348-5408

GetGo, Inc
PO Box 50264
Los Angeles, CA 90074-0264

Gibson Electric & Technology Solutions Inc
3100 Woodcreed Dr
Downers Grove, IL 60515-5427

Gilead Technologies
7118 Faith Way #101

Google

Great Lakes Computer Corporation
33675 Lear Industrial Parkway
Avon, OH 44011

Greg Cochran
5105 Cinnamon Drive
Matthews, NC 28104

Gregory Protonentis
5 Long Ridge Rd
Plainview, NY 11803-1816

Grit Media, LLC
828 East Blvd
Charlotte, NC 28203

GTS Enterprises of USA
2550 Gardenia Drive
Columbus, OH 43235

Guy S Tallent
100 Reade St Apt 5D
New York, NY 10013-3889

Hannah Wilkie
1320 Estates Ave Apt 2213
Charlotte, NC 28209-0240

Harold Henrietta Companies LLC
2472 Jett Ferry Rd Ste 400 #127
Dunwoody, GA 30338

Hessonite Technologies Ltd.
71-73 Shelton Street
Covent Garden
London,  WC2H9JQ

Highbridge Services
1270 AVE of the Americas FL 7
New York, NY

Hiloka Ltd. (GBP)
Felden Lane, Alvearium House
Hemel Hempstead, MA HP3 0BA

HKBN JOS (Singapore) Pte Ltd
67 Ubi Aveune 1#02-01 North Wing
StarHub Green
Singapore,

Hojin SEC Limited
30 Habour Road
Hong Kong,

HP INC
1501 Page Mill Road
Palo Alto, CA 94304

HTEC Support
11 Avenue Mirabeau
Eaubonne,

Hy-Tee Solutions LLC
3354 Rogerdale rd
APT# 425
Houston, TX 77042

Ian John Farruggio
33 Deepdale Dr
Middletown, NJ 07748-3004

ICobus
165 The Broadway Highlands House
Wimbledon
London,

Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0036

Ideal Vision Consulting S.P.C.
Flat 12, Building 441, Road-1805
Al Hoora 199
Manama,

IES Commercial, Inc.
2801 S. Fair Lane
Tempe, AZ 85282

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006

Indiana Department of Revenue
PO Box 7206
Indianapolis, IN 46207-7206

Info Solutions LLC
P.O. Box 1025
Bear, DE 19701

INNO4, LLC
1133 164th Street SW, Ste. 105
Lynnwood, WA 98087

Insperity
P.O. Box 841585
Dallas, TX 75284-1585

Instant IP Air Links
7 The Glebe
BlackWater
Camberley,

Interconnected Technologies, LLC
1562 First Avenue
Suite 205-3519
New York, NY 10028

Interstate Contract Cleaning Services, Inc
509 Blairhill Road
Charlotte, NC 28217

Intuitive Services, L.L.C.
6784 W. Harrison St.
Chandler, AZ 85226

IONUT BOGDAN ISARIE
214 POINCIANA DRIVE
Sunny isles, FL 33160

Iowa Department of Revenue
PO Box 9187
Des Moines, IA 50306-9187

Irvin C Daniel Jr
846 Belmont Ave Apt 3
Brooklyn, NY 11208-2483

IT DESTINATION AB (SEK)
GODVADERSGATAN 37 LGH 10
Goteborg,  41838

IT TIGERS LLC
16192 COASTAL HIGHWAY
LEWES, DE 19958

Jackson Lewis P.C.
29th Floor
New York City, NY 10017

Jacob Anthony Wilson
8209 Tradd Ct
Charlotte, NC 28210-7297

Jahson Hollett
1130 Gretna Green Drive
Charlotte, NC 28217

Jaimie Robyn Anzelone
40 Greatwater Ave
Massapequa, NY 11758-8306

Jalasoft, Inc.
1300 Post Oak Blvd, Suite 2400
Houston, TX 77056

James Bailey
521 Ravenswood Drive
Fort Wayne, IN 46825

James David Newsom
9813 Sam Donald Road
Nolensville, TN 37135

James Hernandez
2746 Decatur Avenue APT A2
Bronx, NY 10458

Jamie Nicole Gates
216 S Cedar St
Charlotte, NC 28202-1010

Jared McKee
1700 North Brevard Street
APT 252
Charlotte, NC 28206

Jason Atphasouk
2630 South Blvd Apt 103
Charlotte, NC 28209-1174

Javin Solutions
3920 CLUB DRIVE UNIT606
Duluth, GA 30096

Jeffrey Arnold Swan
550 E Stonewall St
APT 1403
Charlotte, NC 28202-3396

Jeffrey Darren Egel
6238 Durango Way
Denver, NC 28037

Jeffrey J Paciolla
820 East 7th Street
Ste 332
Charlotte, NC 28202

Jerrel Dunlap
2116 Yager Creek Dr. #F
Charlotte, NC 28273

Jerry Hammond

Jerry Moua
1282 Myrtle Street North
Maplewood, MN 55119

Jhony Guzman
101 Maple Tree Avenue
APT 1L
Stamford, CT 6906

Jive Communications
1275 West 1600 North, Suite 100
Orem, UT 84057

JN Trading LLC
850 S Tamiami Trail
Apt 807
Sarasota, FL 34236

John DeRiggs
598 Prospect Ave
Floor 1
Bronx, NY 10455

John L Helm
225 South Poplar Street
Apartment 3103
Charlotte, NC 28202

John M Faccibene
43 Regina Rd
Morganville, NJ 07751-1640

John P Rosato
255 E Saddle River Rd
Saddle River, NJ 07458-2606

Jorge Guaman
76 Rock Spring Road
C2
Stamford, CT 6906

Jormic IT Solutions LLC
11000 W. McNichols Rd
Ste 100
Detroit, MI 48221

Joseph William Moran
1312 S College Street
Unit 1414
Charlotte, NC 28203

Joshua Jacob Mcbride
1724 Gaither Rd
Belmont, NC 28012-7605

JtechLA Inc
PO Box 1785
West Monroe, LA 71294

JUDGE CONSULTING GROUP
PHILADELPHIA, PA 19182-0120

Jun Murai
185 E 3Rd St Apt 2H
New York, NY 10009-7411

Justin Estvold
10 E Delaware PL #21E
Chicago, IL 60611

JustTech Communications LLC.
281 Bible School Road
Lake Lure, NC 28746

Kansas Department of Revenue
915 SW Harrison Street
Topeka, KS 66612

Kara IT & Trade LLC
7740 Southside Blvd
Apt 1802
Jacksonville, FL 32256

Karen Hughes
214 Wanamaker Lane
Upper Nyack, NY 10960

Karen Torres Tepale
1920 Mcgraw Ave Apt 2B
Bronx, NY 10462-7923

Kedington NI LTD
UNIT 2 BALLINISKA ROAD
SPRINGTOWN INDUSTRIAL ESTATE
Londonderry,

Kelly Michael Kamm
727 Pennsylvania Ave Apt 709
Elizabeth, NJ 07201-1285

Kelsey Christine Whisler
2614 McClintock Road
Apt 105
Charlotte, NC 28205

Kenneth Chih
212 West Hanover Avenue
Morristown, NJ 7960

KENRY LLC
1806 creekside Pass
San Antonio, TX 78259

Kentucky Department of Revenue
Division of Sales and Use Tax
Station 67  PO Box 181
Frankfort, KY 40602-0181

Kevin Carlisle
11233 Foxhaven Dr
Charlotte, NC 28277-1490

Kevin Malinowski

Kforce Technology
P.O. Box 277997
Atlanta, GA 30384-7997

Kinettix Inc
4555 Lake Forest Drive Suite 540
CINCINNATI, OH 45242

KLDiscovery Ontrack
PO BOX 845823
Dallas, TX 75284

Kodi N Ardrey
8015 Woodway Oak Cir Apt 522
Matthews, NC 28105-0925

Kovai Limited Company
Plainwell House, LEFA Business Park, Edi
Sidcup, Kent

KPMG LLP
Dept 0608
PO Box 120608
Dallas, TX 75312-0608

KYA Consulting Pte Ltd
128B Grange Road

Kyle Gainor Lindsey
141 Remount Rd Apt 10124
Charlotte, NC 28203

Landry Brown
3705 Steve Ikerd Dr NE
Hickory, NC 28601

Lantel Communication Inc.
13740 E Williams Field Road
Gilbert, AZ 85296

Lantro (HK) Ltd
13 Sheung Yuet Road, Units 401-403, Shui
Kowloon Bay,

LanTro (S) Pte Ltd
8 Ayer Rajah Crescent, LanTro Vision Bui

Larry Leibowitz
110 Franklin Street
Apt #4
New York, NY 10013

Lashaun Blanks
2048 Pacific Street
Brooklyn, NY 11233

LehmanBrown
Suite 03 16 F. Sino Plaza 255-257 Glouce
Causeway Bay,

Leviathan Technology Solutions
88 Urban Club Road
Wayne, NJ 7470

Link Communication Services, LLC.
725 Centre Street
Nutley, NJ 7110

LinkedIn Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622

Lisa V Cusmano
35 Citation Ct
Tinton Falls, NJ 07724-3830

Louis J Liotti
8 Plymouth Pl
Maplewood, NJ 7040

Louisiana Department of Revenue
PO Box 201
Baton Rouge, LA 70802

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 7068

Maesron PTE. LTD.
Hong Leong Building
16 Raffles Quay #33-03
Singapore,

Maine Revenue Services
PO Box 9107
Augusta, ME 04332-9107

Mark Kahl
8802 Tarpan Court
Charlotte, NC 28216

Mark R Adam
5340 Carillon Dr
Pfafftown, NC 27040-9746

Mary Catherine Gerughty
3937  Huntmeadow Dr
Charlotte, NC 28269-7159

Massachusetts Department of Revenue
PO Box 7010
Boston, MA 02204

Matthew Casey

Matthew Casey
763 Bergen Street
Brooklyn, NY 11238

McMillan Data Communications
1950 Cesar Chavez Street, 2nd Floor
San Francisco, CA 94124

Mecklenburg County Code
Mecklenburg County Code Enforcement
2145 Suttle Avenue
Charlotte, NC 28208

Megan Elizabeth Mcneil
16227 96Th St
Howard Beach, NY 11414-4029

MGQ & Associates, Inc.
1719 E Columbus Drive
Tampa, FL 33605

Michael Brown
9102 Field Dove Ct
Charlotte, NC 28210-7916

Michael Joseph Swift
1591 Coronet Dr
Columbus, OH 43224-6201

Michael Peter Certoma
8 Narrow Brook Rd
Weston, CT 06883-3012

Michael Rudisill

Michigan Department of Treasury
Business Tax Division
PO Box 30427
Lansing, MI 48909

Michody, LLC
6400 Huffman Road
Cygnet, OH 43413

Miller Electric Company
Post Office Box 1799
Jacksonville, FL 32201-1799

Minnesota Department of Revenue
600 North Robert Street
St. Paul, MN 55101

Mintz Levin
P.O. Box 4539
Boston, MA 02212-4539

MN Network Solutions LLC
4217 Merrian Dr
Plano, TX 75074

Monica Mercado
3502 East Independence Bouleva
Apt 1218
Charlotte, NC 28205

Montana Department of Revenue
PO Box 6308
Helena, MT 59604-6308

MORRIS, MANNING & MARTIN, LLP
1600 ATLANTA FINANCIAL CENTER
3343 PEACHTREE ROAD
Atlanta, GA 30326-1044

Murat O Berk
12600 Orchard Brook Ter
Potomac, MD 20854

Myles Bridges
1327 Land Grant Road
Charlotte, NC 28217

Nedre Romerike Kemnerkontor
Postks 313
Lillestrom,  2001

Neha Kumari Gami
225 Saint Pauls Ave Apt 12K
Jersey City, NJ 07306-3744

Netmedia Networks
814 Mount Avenue
Wyandanch, NY 11798

Network Cable Solutions LLC
1903 Colony Dr.
Irving, TX 75061

Network Design Technologies, Inc
1000 N. West Street
Wilmington, DE 19801

Network Services and Installation Professiona
1950 Parker Blvd.
Tonawanda, NY 14150

Networx, Inc.
5160 S. Valley View Blvd. Suite 100
Las Vegas, NV 89118

NetzPunkt, S.A. de C.V.
Viezca 147 Col. Mitras Centro
Monterrey,

Nevada Department of Taxation
4600 Kietzke Lane
Building L, Suite 235
Reno, NV 89502

New Jersey Division of Taxation
New Jersey Division of Taxation
Revenue Processing Center
Trenton, NJ 08646-0257

New Mexico Taxation and Revenue Department
PO Box 8390
Santa Fe, NM 87504-8390

New York Department of Taxation and Finance
Attn: Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY 12227

NEW YORK STATE CORPORATION TAX
P.O. BOX 15180
ALBANY, NY 12212-5180

New York State Dept of Taxation & Finance
PO Box 15168
Albany, NY 12212

Newtronic Network Solutions LLC
2704 Lauren Way
Seagoville, TX 75159

NGIT Solutions LLC
6155 E Walton St
Long Beach, CA 90815

NH Department of Revenue Administration
109 Pleasant Street
Concord, NH 03301

Nicholas J Rosato
720 Lakeview Dr
McAdenville, NC 28101-4502

Nippon Express USA, Inc.
P.O. BOX 106040
Atlanta, GA 30348-6040

NJ Division on Taxation
Bankruptcy Section
PO Box 245
Tranton, NJ 08695-0245

Noah Wayne Miller
161 Leeds Ln
King, NC 27021-8800

NOCDOC
4000 Brownsboro Road
Winston Salem, NC 27106

Nordic Transport & IT Services AB
Vidargatan 11 lgh 1202
195 52
Marsta,

North American Video Corporation (NAVCO)
1041 N Pacificenter Dr
Anaheim, CA 92806

North Carolina Department of Revenue
PO Box 25000
Raleigh, NC 27640-0640

Nyasha Manetswa Mbawa
5341 David Court
Apt B
Gurnee, IL 60031

Ohio Department of Taxation
Sales and Use
PO Box 2678
Columbus, OH 43216-2678

Oklahoma Tax Commission
PO Box 26850
Oklahoma City, OK 73126-0850

OMKAR Consulting LLC
1466 S Longspur Lane
Gilbert, AZ 85296

Onsale Networks.com
11569 Highway 6
Sugar land, TX 77498

Oregon Department of Revenue
PO Box 14630
Salem, OR 97309-5050

Orion Global Management Services Ltd
20-22 Wenlock Road
London,

Paragon Endpoint Consulting
9 E 8TH ST Suite 162
New York, NY 10003

Payne & Fears
4 Park Plaza, Suite 1100
Irvine, CA 92614

Pennsylvania Department of Revenue
PO Box 280905
Harrisburg, PA 17128-0905

Performance PC LLC
378 N Line St
Columbia City, IN 46725

Peter Bulega
96 Bay View Ave
Lynn, MA 01902-3742

Peter N Diomede
9 Raritan Reach Rd
South Amboy, NJ 08879-3440

Peter Xiong
1134 Webster Lane
Des Plaines, IL 60016

PFG Ventures
P.O. Box 640814
Cincinnati, OH 45264-0814

Phil Goodin
106 Andover Rd Apt A
Heath, OH 43056-4304

Philip Zhou
758 55th ST
Brooklyn, NY 11220

Phillip E Bolin
1375 Spring Creek Rd
Collinsville, TX 76233-6930

Phoenix Communications Group, LLC
7050 Woodleaf Rd.
Woodleaf, NC 27054

Pinebreeze Technologies, Inc.
Pinebreeze Technologies, Inc.
P.O. Box 732951
Dallas, TX 75373-2951

Pinwheel Handyman
16322 Amber Field Drive
Huntersville, NC 28078

PMC Commercial Interiors
P.O. Box 896614
Charlotte, NC 28289-6614

PMCAA Inc
917 N Market St Suite 200
Wilmington, DE 19801

Power Plus IT Solutions LLC
6536 Falling Meadows Drive
Galena, OH 43021

PowerEVO, Inc.
4787 Elgin Ave SE
Calgary, AB T2Z 0M5

PR NEWSWIRE ASSOCIATION LLC
PO BOX 5897
New York, NY 10087-5897

Premiere Communications & Consulting, Inc.
516 S New Hope Road
Raleigh, NC 27610

Professional Services Staffing Solutions
82 Forrest Road
Poquoson, VA 23662

Professional Teleconcepts, LLC
PO Box 311
Norwich, NY 13815

PS Networks
Unit F3
Bymac Business Centre
Blanchardstown,

PTS Consulting (Singapore) Pte Ltd (SGD)
Robinson Point  #13 - 01 39 Robinson
Singapore,

PTS Consulting Japan KK
6F Meisan-Takahama Bldg.
2-12-23 6F Kounan Minato-Ku
Tokyo,

Puerto Rico Department of the Treasury
PO Box 9024140
San Juan, PR 00902-4140

Pure Computer Solutions, LLC
105 N 8th St Ste 1
Cabot, AR 72023

Qualts, Inc.
2-20-21-205 Mita
Minato-ku,

Quess Corp Limited
3, 3, 2, Bellandur Gate, Sarjapur Road
Bangalore,

Raheel Salim
70 Fairview Ave
Jersey City, NJ 07304-2104

Randstad Professionals
P.O. Box 742689
Atlanta, GA 30374

Randstad Technologies LLC
P.O. Box 847872
Dallas, TX 75284-7872

RAS Corporate Secretarial Services Pte Ltd
80 Raffles Place, UOB Plaza 1
Singapore, GA 48624

Rashawn K Alston
410 East 25th Street
Apartment 2A
Brooklyn, NY 11226

Raven A Hasian
914 E Woodlawn Rd
Charlotte, NC 28209

Raymond Bayly
307 Kings Mountain Street
Clover, SC 29710

Redbug Computer Service LLC
325 W 5th Street
Mesa, AZ

Refresh Technologies, Inc.
1216 E 10th Street
Charlotte, NC 28204

Reigner Technology
1201 SW 88 Way
Pembroke Pines, FL 33025

Reinaldo Calderon
161 El Camino Loop
Staten Island, NY 10309

Resident Directors NZ Ltd
PO Box 32-220 Devonport
Auckland,  624

Resource Floor Care, LLC
8508 Park Road #162
Charlotte, NC 28210

Reveneer Inc.
10 State St.
Woburn, MA 1801

Rexus USA, LLC
Trolley Square, Suite 20C
Wilmington, DE 19806

RICHARD BUELL SUTTON
700 - 401 West Georgia St
Vancouver,

RMA Network, Inc.
8811 63D Drive, Apt. 500
Rego Park, NY 11374

RNRRR LLC
14421 COLEBROOK DR
Eastvale, CA 92880

Rosebud Communications
2862 Maiden Lane
Altadena, CA 91001

Roy Cup, Inc.
PO Box 841000
Dallas, TX 75284-1000

Royal Communications Consultants
39 Broadway Suite 3030
New York, NY 10006

Ryno Nework Services, Inc
2879 Bridlewood Dr
Palm Harbor, FL 34683

Salesforce.com Inc
PO Box 203141
Dallas, TX 75320-3141

Sanders Global LLC
250 Pleasant Hills Drive
Covington, GA 30016

SAP Concur
1919 Gallows Road
Vienna, VA 22182

Sarah Elizabeth Handy
4107 Foxcroft Rd
Charlotte, NC 28211-3760

Scandit Inc
745 Atlantic Avenue
7th floor
Boston, MA 2111

Schneider Electric IT USA, Inc.
5081 Collections Center Drive
Chicago, IL 60693-5081

Scott Kissane
14505 Valley View Drive
Orland Park, IL 60467

Sean Michael Woods
540 Saint Johns Pl Apt 5H
Brooklyn, NY 11238-5532

Sean Welch
12700 Stonebriar Ln
Henrico, VA 23233-7053

Security Solutions
3110 Bluebird Dr
Charlotte, NC 28226

Seraph Technology Solutions LLC
5315 N. Clark, #272
Chicago, IL 60640

Shaan Afridi
246 Cherry Ln
Floral Park, NY 11001-1300

ShadowmanPC
130 Faber Street
Knoxville, TN 37918

Shanghai M-sung Intelligent Co. Ltd
Room 1310 Zhong Plaza No 1088
South Pu Dong Road
Shanghai,

Shannon Vought
3128 Commonwealth Avenue
Charlotte, NC 28205

SHAR, S.A.
Edificio Monumental Vista da Estrada Mon
Funchal,

Sharada Subrahmanyam
7308 Goldfinch Blvd
West Windsor, NJ 8540

Sharp Brain Ltd
Unit 8, Dock Offices, Surrey Quays Rd
London,

Shaw IT Consultants, LLC
33863 Elde St
Chiloquin, OR 97624

Shred-it USA
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

Siddharth Niranjan Patel
14702 Bridle Trace Ln
Pineville, NC 28134-9147

Sigma-Byte Computers Pvt. Ltd.
H-11 12 Paragon Centre, Paragon Mills Co
Mumbai, AR

Signature Consultants
PO Box 534733
Atlanta, GA 30353-4733

Silicon Valley Bank
3003 Tasman Dr.
Santa Clara, CA 95054

SiteHands, Inc.
615 S. College St Suite 700
Charlotte, NC 28202

Smith, Anderson, Blount, Dorsett, Mitchell &
P.O. Box 2611
Raleigh, NC 27602-2611

South Carolina Department of Revenue
SC Department of Revenue
Tax Compliance Officer
Columbia, SC 29214-0027

South Carolina Department of Revenue
300A Outlet Pointe Boulevard
Columbia, SC 29210

Southwest Networks Inc
1111 W. Carrier Parkway, Suite 400
Grand Prairie, TX 75050

Spaulding Ridge, LLC.
105 W. Madison Street, Suite 1000
Chicago`, IL 60602

Spec-Clean, LLC
4 Sand Cut Road, Unit 6
Brookfield, CT 6804

Squanou Technology Inc.
1103 Sheridan Avenue
Suite 2G
Bronx, NY 10456

State of New Jersey
New Jersey Division of Taxation
PO Box 666
Trenton, NJ 08646-0666

Steve Leung
Onsite LLC
P.O. Box 113
Medford, MA 2155

Sudlows Enterprise Services Limited (GBP)
Ducie Works
107 Hulme Hall Lane
Manchester,

Sunrise Day Camps Association Inc
8 Market Place
Suite 331
Baltimore, MD 21202

Suzanne Laurain
4105 Meadowlark Court
Powder Springs, GA 30127

SV International LTD (EURO)
A8 Fatima Tower, Maysaloon
Sharjah,

Swapan Bhowmik

Syndeticom Electrical & Communications Pty Lt
50 Balgowlah Road
Balgowlah,

Synectics Inc
135 South LaSalle Street
Suite 2050
Chicago, IL 60603

SYSTEL Communications, INC.
8722 Shoal Creek Drive
Houston, TX 77064

Syvantis Technologies
13822 Bluestem Ct.
Baxter, MN 56425

T&T Consulting
12 Davis St
Nassau,

T.J. Transmission A/S
Gustav Johannsens Vej 11
Frederiksberg,  2000

Tai Lee Garcia

Talkdesk, Inc.
DEPT LA 24627
Pasadena, CA 91185-4627

Tamara Grier
6625 Dupont Drive
Apt 1B
Charlotte, NC 28217

Taylor Miller
2051 Shenandoah Avenue
Charlotte, NC 28205

Taylor Sherman
255 W MLK JR Boulevard
Unit #412
Charlotte, NC 28202

Tech Source Managed Services
106 Essie Coffey St
Bonner, CT

Technology Deployment Services LLC
780 Morningside Dr.
Centerton, AR 72719

Technology Transfer LLC
949 Chestnut Oaks Circle
Birmingham, AL 35244

TechSavvi LLC
157 West Government Street
Brandon, MS 39042

Tekmark Global Solutions, LLC
PO  Box 780228
Philadelphia, PA 19178-0228

Tekmark Global Solutions, LLC (Vendor)
PO  Box 780228
Philadelphia, PA 19178-0228

TekPartners
P.O. BOX 740473
Atlanta, GA 30374-0473

Tekrun, LLC
2502 Waterstone Way
Marietta, GA 30062-7701

Teksystems
7437 Race Road
Hanover, MD 21076

TeleData Technologies
7060 W Warm Springs Road #190
Las Vegas, NV 89113

Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242

Tera IT Solution GmbH
Eschborner Landstra?e 42-50, 60489 Frank
Frankfurt,

Texas Comptroller of Public Accounts
PO Box 13528, Capitol Station
Austin, TX 78711-3528

The Bagwell Group
67 Tamarack Trail
Stockholm, NJ 07460

The Bagwell Group
67 Tamarack Trail
Stockholm, NJ 7460

The Fishel Company
1366 Dublin Rd
Columbus, OH 43215

The Hartford
PO Box 660916
Dallas, TX 75266-0916

The Sigma Group Limited
12 Don Road
St Helier,

The Superior Group
740 waterman Avenue
Columbus, OH 43215

Theophilus Oyagha
29 Concord St
Apt 6
Jersey City, NJ 7306

Theresa Bea Campbell
1320 Estates Avenue
Apt 2212
Charlotte, NC 28209

Thor Demik
4242 Elm Ave
Lyons, IL 60534

Tilcomm Enterprise, LLC
6678 South Avenue
Union City, GA 30291

Timothy Cypher
4304 West Shamrock Lane
Apt 3C
McHenry, IL 60050

TMF Group
Esentepe Mh. Ali Kaya Sk. Polat Center A
Ve B Blok. Apt.. No: 1/B 69 K:1 Sisli
Istanbul,  34394

TMF Group Hellas LTD
62 Kifissias Avenue
Maroussi,  15125

Town of Castle Rock
PO Box 5332
Denver, CO 80217-5332

Trademark Entertainment LLC
5518 Nottinghamshire Lane
Westerville, OH 43081

Transferwise FBO Signative Global LLC
135 Stone Creek Drive
York, PA 17406

TransPerfect Translations International Inc.
1250 Broadway, 32nd Floor
New York, NY 10001

Tyrone Johnson
6040 South Harper Avenue
Chicago, IL 60637

U.S. Information Systems, Inc.
35 West Jefferson Ave.
Pearl River, NY 10965

Uni-Data & Communications, Inc.
65-21 Fresh Meadow Lane
Flushing, NY 11365

Uni-Tel Group LLC
360 Main Street
Suite 3
Matawan, NJ 7747

Unlimited Sources LLC
129-06 131st Street
South Ozone Park, NY 11420

Upstage Technology Inc.
94 Snowcap Rd
Brampton, ON

Upwork Global Inc.
420 Montgomery Street
San Francisco, CA 94104

Utah State Tax Commission
PO Box 31400
Salt Lake City, UT 84131-0400

VECA Electric & Technologies, LLC
5614 7th Avenue South PO Box 80467
Seattle, WA 98108

Venture Data Centre Services LTD
Basepoint Business Centre Bridge Road
Haywards Heath,

Vermont Department of Taxes
133 State Street
1st Floor
Montpelier, VT 05603

Victor Reyes
2558 Oceanside Road
Oceanside, NY 11572

Viper Advanced Network Services LLC.
14910 Dogwood View Lane
Cypress, TX 77429

Virginia Department of Taxation
PO Box 26627
Richmond, VA 23261-6627

VISSER&VISSER
Weena 750 Unit 10.7
Rotterdam,

Washington State Department of Revenue
PO Box 47464
Olympia, WA 98504-7464

West Virginia State Tax Department
PO Box 229
Charleston, WV 25321-0229

Westcoast Communication Services, Inc.
6702 Benjamin Rd, Suite 600
Tampa, FL 33634

Western Cedar Wholesale
7940 Leibrant Rd
Everson, WA 98247


Wilight telecoms Srl
Rue de la Cute 2b
Neuchtel,


William Burd
161 Madison Court
Holland, PA 18966


Wisconsin Department of Revenue
PO 8949
Madison, WI 53708-8949


WP Electric & Communications Inc.
14198 Albers Way
Chino, CA 91710


Zachary Barnum
401 North Church Street
Apt. 404
Charlotte, NC 28202


Zachary Mazen
2630 South Boulevard
Apt. 515
Charlotte, NC 28209

United States Bankruptcy Court

Southern District of New York

In re: Sitehands, Inc.

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____12/16/2020_____

/s/ Ben Golden
_____
Signature of Individual signing on behalf of debtor

Chief Financial Officer
_____
Position or relationship to debtor

# United States Bankruptcy Court

_____
Southern District of New York

**In re** Sitehands, Inc.

Case No. _____

**Debtor**

Chapter ⁷ _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 25,000.00 _____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 750.00 _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☐ Debtor        ☑ Other (specify)  FTV IV, L.P.

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Our Services shall not include any litigation matter or defending any parties in adversary proceedings or depositions in the bankruptcy case, or any action in other courts absent further agreement.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 12/16/2020 | /s/ Yann Geron, 2252609 |
|---|---|
| *Date* | *Signature of Attorney* |
| | Geron Legal Advisors LLC |
| | *Name of law firm* |

370 Lexington Avenue
1101
New York, NY 10017
(646) 560-3224
ygeron@geronlegaladvisors.com

# WRITTEN CONSENT OF THE DIRECTORS OF SITEHANDS, INC.

The undersigned (hereinafter referred to as the "Board"), being all of the members of the Board of Directors of Sitehands, Inc., a Delaware corporation (the "Company"), waive the notice, calling and holding of a meeting, and in lieu of such meeting, in accordance with the General Corporation Law of the State of Delaware, do hereby consent to, adopt, authorize and approve the following resolutions and the actions specified therein, and direct that this Written Consent be filed with the minutes of the proceedings of the Board;

**WHEREAS**, the Board has considered the financial and operational conditions of the Company's business;

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders and other interested parties, and stakeholders that a voluntary petition be filed by the Company under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court in a proper venue (the "Bankruptcy Petition"); and it is

**FURTHER RESOLVED**, that the members of the Board, and any other officer or person designated and so authorized to act (collectively, the "Authorized Persons") are, and each hereby is, authorized, empowered and directed to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 7 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is authorized and directed to employ the law firm of Geron Legal Advisors LLC as lead bankruptcy counsel (together with local counsel as may be needed) to assist the Company in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 7 of the Bankruptcy Code, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, and immediately upon the bankruptcy case; and it is

**FURTHER RESOLVED**, that all instruments, agreements certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the Chapter 7 case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the Chapter 7 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respect as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all aspects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, executed and delivered to the Company this Written Consent.

Dated: December 11, 2020

_____
Bradford E. Bernstein

_____
Andy Brown

_____
Christopher Corrado

_____
Lawrence Leibowitz

_____
Richard Liu

_____
John P. Rosato

**FURTHER RESOLVED**, that all instruments, agreements certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the Chapter 7 case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the Chapter 7 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respect as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all aspects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, executed and delivered to the Company this Written Consent.

Dated: December 11, 2020

_____          _____
Bradford E. Bernstein                                          Andy Brown

_____          _____
Christopher Corrado                                          Lawrence Leibowitz

_____          _____
Richard Liu                                                 John P. Rosato

**FURTHER RESOLVED**, that all instruments, agreements certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the Chapter 7 case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the Chapter 7 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respect as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all aspects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, executed and delivered to the Company this Written Consent.

Dated: December 11, 2020

_____
Bradford E. Bernstein

_____
Andy Brown

_____
Christopher Corrado

_____
Lawrence Leibowitz

_____
Richard Liu

_____
John P. Rosato

**FURTHER RESOLVED**, that all instruments, agreements certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the Chapter 7 case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the Chapter 7 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respect as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all aspects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, executed and delivered to the Company this Written Consent.

Dated: December 11, 2020

_____
Bradford E. Bernstein

_____
Andy Brown

_____
Christopher Corrado

_____
Lawrence Leibowitz

_____
Richard Liu

_____
John P. Rosato

**FURTHER RESOLVED**, that all instruments, agreements certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the Chapter 7 case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the Chapter 7 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respect as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all aspects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, executed and delivered to the Company this Written Consent.

Dated: December 11, 2020

_____
Bradford E. Bernstein

_____
Andy Brown

_____
Christopher Corrado

_____
Lawrence Leibowitz

_____
Richard Liu

_____
John P. Rosato

**FURTHER RESOLVED**, that all instruments, agreements certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the Chapter 7 case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the Chapter 7 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respect as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all aspects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, executed and delivered to the Company this Written Consent.

Dated: December 11, 2020

_____
Bradford E. Bernstein

_____
Andy Brown

_____
Christopher Corrado

_____
Lawrence Leibowitz

_____
Richard Liu

_____
John P. Rosato