**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Sitehands, Inc.

Debtor

---------------------------------------------------------------x

Plaintiff

v.

Defendant

---------------------------------------------------------------x

Case No.: 1:20-bk-12876

Chapter 7

Adversary Proceeding No.: _____

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Robert K. Sahyan, request admission, ***pro hac vice***, before the Honorable Michael E. Wiles, to represent Silicon Valley Bank, a secured creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 1/12/2021
New York, New York

/s/ Robert K. Sahyan
*Mailing Address*:
Sheppard Mullin Richter & Hampton
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
*E-mail address*: RSahyan@smrh.com
*Telephone number*: (415) 434-9100