**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: Sitehands, Inc.

                           Debtor

Case No.: 1:20-bk-12876

Chapter 7

-----------------------------------------------------------x

                          Plaintiff

                v.

                          Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of Robert K. Sahyan, to be admitted, ***pro hac vice***, to represent Silicon Valley Bank, (the "Client") a secured creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California, it is hereby

      **ORDERED**, that Robert K. Sahyan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York    /s/ _____

                                                UNITED STATES BANKRUPTCY JUDGE