**Fill in this information to identify the case:**

Debtor name ___Sitehands, Inc._____

United States Bankruptcy Court for the: ___Southern District of New York___
(State)

Case number (If known): ___20-12876_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..................................................... $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................... $ 8,775,474.22

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..................................................... $ 8,775,474.22

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................. $ 6,730,401.82

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................ $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................................... +$ 11,024,529.30

4. **Total liabilities** ..................................................................................................................................... $ 17,754,931.12
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___Sitehands, Inc.___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): ___20-12876___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Industrial and Commercial Bank of China f/b/o Siteha | Checking | 6  6  0  4 | $ Unknown |
| 3.2. | See continuation sheet | | | $ 175,024.56 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 175,024.56

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | Security Deposit For Charlotte Office (Standby Letter Of Credit At Keybank   Acct #3128) | $ 273,000.00 |
| 7.2. | | $_____ |

Debtor    Sitehands, Inc.
_____
        Name

Case number (*if known*) 20-12876
_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Prepaid Insurance as of October 31, 2020 (see Attachment A)        $ 45,494.00

   8.2. Prepaid Expenses as of October 31, 2020 (see Attachment A)         $ 281,138.00

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.        $ 599,632.00

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   4,640,262.02   –   0.00   = ........➝   $ 4,640,262.02
                                face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:   2,735,555.64   –   0.00   = ........➝   $ 2,735,555.64
                             face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 7,375,817.66

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $ _____

    14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1. Debtor subsidiaries (see Attachment B)       100 %       _____   $ 0.00

    15.2. _____                       ____ %       _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $ _____

    16.2. _____   _____   $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.        $ 0.00

Debtor  Sitehands, Inc.
        Name

Case number (*if known*)  20-12876

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                          $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Furniture and fixtures | $ 152,068.60 | _____ | $ 0.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> See Attachment C | $ 2,923,214.14 | _____ | $ 0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                          $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor ___Sitehands, Inc._____    Case number (if known)__20-12876__
        Name

---

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.   Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.   Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                        $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Sitehands, Inc.
_____
          Name

Case number (if known)    20-12876
                          _____

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Commercial lease at 615 College Street, Charlotte, NC (currently subleased to Dixon Hughes Goodman LLP) | Lease/sublease | $ 688,939.28 | _____ | $ 0.00 |
| 55.2 | | $ _____ | _____ | $ _____ |
| 55.3 | | $ _____ | _____ | $ _____ |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>Two patents (see Attachment D) | $ _____ | _____ | $ 0.00 |
| 61.  **Internet domain names and websites**<br>Various (see Attachment D) | $ _____ | _____ | $ 0.00 |
| 62.  **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63.  **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64.  **Other intangibles, or intellectual property**<br>"SITEHANDS" standard character mark (see Attachment D) | $ _____ | _____ | $ 0.00 |
| 65.  **Goodwill** | $ _____ | _____ | $ _____ |

66.  **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Sitehands, Inc.    Case number *(if known)* 20-12876
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)
Horizon River Technologies Llc    625,000.00    0.00    = ➜    $ 625,000.00
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
Net Operating Loss Carryforward

Tax year 2019    $ Unknown
Tax year _____    $_____
Tax year _____    $_____

73. **Interests in insurance policies or annuities**

$_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

$_____

Nature of claim _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$_____

Nature of claim _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

$_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

$_____
$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 625,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☑ Yes

Debtor  Sitehands, Inc.
Name

Case number (if known) 20-12876

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 175,024.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 599,632.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 7,375,817.66 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* | ➔ | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 625,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 8,775,474.22 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 8,775,474.22 ......... $ 8,775,474.22

| Debtor 1 | Sitehands, Inc. | | | 20-12876 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (if known)_____ |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| **JP Morgan Chase f/b/o ITinvolve, Inc. (debtor subsidiary)** | **Checking** | **9928** |
| **Balance: Unknown** | | |
| **Silicon Valley Bank** | **Checking** | **9332** |
| **Balance: 1,753.46** | | |
| **JP Morgan Chase** | **Checking** | **9928** |
| **Balance: 0.00** | | |
| **Key Bank** | **Checking** | **1685** |
| **Balance: 29,547.28** | | |
| **Silicon Valley Bank** | **Checking** | **5495** |
| **Balance: 143,723.82** | | |

**Fill in this information to identify the case:**

Debtor name _Sitehands, Inc._

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _20-12876_

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Silicon Valley Bank

Describe debtor's property that is subject to a lien
Accounts Receivable

$ 6,730,401.82      $ 7,375,817.66

Creditor's mailing address
3003 Tasman Dr.
Santa Clara, CA 95054

Describe the lien
Agreement you made

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Describe debtor's property that is subject to a lien

$ _____      $ _____

Creditor's mailing address

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $ 6,730,401.82

| Debtor | Sitehands, Inc. | | Case number (if known) | 20-12876 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Sitehands, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of New York</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-12876</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
Adam Holland

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

As of the petition filing date, the claim is: $ 0.00                    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2** **Priority creditor's name and mailing address**
Adam Rajabi

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

As of the petition filing date, the claim is: $ 0.00                    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.3** **Priority creditor's name and mailing address**
Alabama Department of Revenue
50 North Ripley Street

Montgomery, AL, 36104

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

As of the petition filing date, the claim is: $ 0.00                    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___Sitehands, Inc._____     Case number *(if known)*___20-12876___
      Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

---

**2.⁴  Priority creditor's name and mailing address**

Alex Friends

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00 _____     $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁵  Priority creditor's name and mailing address**

Alexander Susana

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00 _____     $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁶  Priority creditor's name and mailing address**

Allison Irene Shope Pearson

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00 _____     $ _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁷  Priority creditor's name and mailing address**

Amanda Paige Fowler

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00 _____     $ _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Sitehands, Inc.
Name

Case number (if known) 20-12876

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim                Priority amount

**2.8 Priority creditor's name and mailing address**
Amede Catherine Deane

,

$ 0.00                     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.9 Priority creditor's name and mailing address**
Amjad Khan

,

$ 0.00                     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10 Priority creditor's name and mailing address**
Andrew Pearsall

,

$ 0.00                     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11 Priority creditor's name and mailing address**
Andrew Robinett

,

$ 0.00                     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sitehands, Inc._____    Case number (if known)___20-12876___
        Name

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.¹²** **Priority creditor's name and mailing address**
Anthony Broadbent

,

Total claim $ 0.00        Priority amount $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  4  )**

---

**2.¹³** **Priority creditor's name and mailing address**
Anthony Dye

,

Total claim $ 0.00        Priority amount $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  4  )**

---

**2.¹⁴** **Priority creditor's name and mailing address**
Anthony Logan

,

Total claim $ 0.00        Priority amount $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  4  )**

---

**2.¹⁵** **Priority creditor's name and mailing address**
Arizona Department of Revenue
PO Box 29010

Phoenix, AZ, 85038

Total claim $ 0.00        Priority amount $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  8  )**

---

Debtor  Sitehands, Inc.
_____
        Name

Case number (if known)  20-12876
_____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.16 Priority creditor's name and mailing address**
Arkansas Department of Finance and
Administration
PO Box 1272

Little Rock, AR, 72203

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $ 0.00

Priority amount $

---

**2.17 Priority creditor's name and mailing address**
Artan Xharo

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $ 0.00

Priority amount $

---

**2.18 Priority creditor's name and mailing address**
Ashley Olson

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $ 0.00

Priority amount $

---

**2.19 Priority creditor's name and mailing address**
Ashlynn Mullis

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim $ 0.00

Priority amount $

Debtor  Sitehands, Inc.
_____
       Name                                              Case number (if known) 20-12876

| Part 1. | Additional Page |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.20** **Priority creditor's name and mailing address**

Ben Golden

,

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00 _____   $ _____

**2.21** **Priority creditor's name and mailing address**

Bill King

,

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00 _____   $ _____

**2.22** **Priority creditor's name and mailing address**

Blaine Roux

,

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00 _____   $ _____

**2.23** **Priority creditor's name and mailing address**

Brandon McDade

,

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00 _____   $ _____

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

---

**2.24** **Priority creditor's name and mailing address**

Brandon Michael Walters

,

$ 0.00     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25** **Priority creditor's name and mailing address**

Brent Fulton

$ 0.00     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.26** **Priority creditor's name and mailing address**

Bret Leatherwood

,

$ 0.00     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.27** **Priority creditor's name and mailing address**

Brianna Nicole Chaifetz

,

$ 0.00     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sitehands, Inc.
         Name                                                          Case number (if known)  20-12876

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**   **Priority amount**

---

**2.** **28**  **Priority creditor's name and mailing address**

Bryan Ergino

$ 0.00    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.** **29**  **Priority creditor's name and mailing address**

Caitlin Coffman

,

$ 0.00    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.** **30**  **Priority creditor's name and mailing address**

California Department of Tax and Fee
Administration
PO Box 942879

Sacramento, CA, 94279-0001

$ 0.00    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:

Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.** **31**  **Priority creditor's name and mailing address**

Carrie Mao

,

$ 0.00    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 8 of 124

Debtor  Sitehands, Inc.
        Name                                                    Case number (if known) 20-12876

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.³²  Priority creditor's name and mailing address**

Caymen Mills

,

$ 0.00        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.³³  Priority creditor's name and mailing address**

Charles Eugene Cribbs

,

$ 0.00        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.³⁴  Priority creditor's name and mailing address**

Christeen Simon

,

$ 0.00        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.³⁵  Priority creditor's name and mailing address**

Christina Burgos

,

$ 0.00        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Debtor _____Sitehands, Inc._____    Case number *(if known)* __20-12876__
Name

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**    **Priority amount**

---

**2.36** **Priority creditor's name and mailing address**

Christopher Corrado
c/o Franklin Watson
5410 East Co. Hwy 30-A, Suite 201
Santa Rosa Beach, FL, 32459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00    $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.37** **Priority creditor's name and mailing address**

Christopher Mccoy

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00    $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.38** **Priority creditor's name and mailing address**

Colin Bennett

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00    $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.39** **Priority creditor's name and mailing address**

Colorado Department of Revenue
PO Box 17087

Denver, CO, 80217-0087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00    $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 10 of 124

Debtor    Sitehands, Inc.
Name

Case number (if known)    20-12876

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.40** Priority creditor's name and mailing address
Comptroller of Maryland
PO Box 8888
Annapolis, MD, 21401-8888

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.41** Priority creditor's name and mailing address
Connecticut Department of Revenue
PO Box 2977
Hartford, CT, 06104-2977

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.42** Priority creditor's name and mailing address
Daphne Ginn

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.43** Priority creditor's name and mailing address
Darius Johnson

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Sitenands, Inc.
          Name                                              Case number (if known)  20-12876

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**       **Priority amount**

---

**2.44  Priority creditor's name and mailing address**

David Keith Wood, Jr.

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

$ 0.00                $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.45  Priority creditor's name and mailing address**

David Lee Weber

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

$ 0.00                $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.46  Priority creditor's name and mailing address**

David Ramos Cazares

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

$ 0.00                $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.47  Priority creditor's name and mailing address**

Delaware Division of Revenue
PO Box 2044
Wilmington, DE, 19801-2044

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 0.00                $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Sitehands, Inc. | Case number (if known) 20-12876 |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**            **Priority amount**

---

**2.48 Priority creditor's name and mailing address**
Dennis Kirton

,

$ 0.00            $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.49 Priority creditor's name and mailing address**
District of Columbia Office of Tax and Revenue
1101 4th Street SW
Suite 270 WEst
Washington, DC, 20024

$ 0.00            $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.50 Priority creditor's name and mailing address**
Douglas Schrader

,

$ 0.00            $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.51 Priority creditor's name and mailing address**
Dustin James Torrey

,

$ 0.00            $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Debtor _Sitehands, Inc._____    Case number (if known) _20-12876_
         Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim                    Priority amount

**2.52** Priority creditor's name and mailing address
Dylan Murphy

,

$0.00                          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

**2.53** Priority creditor's name and mailing address
Eboney Brooks

,

$0.00                          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

**2.54** Priority creditor's name and mailing address
Elizabeth Barrett

$0.00                          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

**2.55** Priority creditor's name and mailing address
Emerson Schaeffer

,

$0.00                          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Sitehands, Inc.
          Name

Case number (if known) 20-12876

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.56 Priority creditor's name and mailing address**

Emin Hassan

Total claim: $ 0.00

Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.57 Priority creditor's name and mailing address**

Eric Hawkins

,

Total claim: $ 0.00

Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.58 Priority creditor's name and mailing address**

Eric Krueger

,

Total claim: $ 0.00

Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.59 Priority creditor's name and mailing address**

Eric Wade

,

Total claim: $ 0.00

Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Debtor ___Sitehands, Inc._____    Case number (if known)___20-12876___
         Name

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

---

**2.60** **Priority creditor's name and mailing address**

Ershad Ahmad Nikzad

,

Total claim: $ 0.00    Priority amount: $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.61** **Priority creditor's name and mailing address**

Ewell Wallace

,

Total claim: $ 0.00    Priority amount: $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.62** **Priority creditor's name and mailing address**

Felix Suarez

Total claim: $ 0.00    Priority amount: $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.63** **Priority creditor's name and mailing address**

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL, 32399-0100

Total claim: $ 0.00    Priority amount: $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Shanods, Inc.
Name

Case number (if known) 20-12876

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.64    Priority creditor's name and mailing address**

Francisco Mcmillan

,

Total claim $0.00    Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.65    Priority creditor's name and mailing address**

Frank Sparano

,

Total claim $0.00    Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.66    Priority creditor's name and mailing address**

Garrett Selden

,

Total claim $0.00    Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.67    Priority creditor's name and mailing address**

George James

,

Total claim $0.00    Priority amount $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Debtor  Sitehands, Inc.
        Name

Case number (if known) 20-12876

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.68** Priority creditor's name and mailing address

Georgia Department of Revenue
PO Box 105408

Atlanta, GA, 30348-5408

$ 0.00      $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes & Other Government Units

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.69** Priority creditor's name and mailing address
Gordon Passee

$ 0.00      $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.70** Priority creditor's name and mailing address
Greg Cochran

,

$ 0.00      $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.71** Priority creditor's name and mailing address
Gregory Protonentis

,

$ 0.00      $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor _____Sitehands, Inc._____     Case number (if known) __20-12876__
            Name

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.72  Priority creditor's name and mailing address**
Guy S Tallent

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00    $ _____

---

**2.73  Priority creditor's name and mailing address**
Hannah Wilkie

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00    $ _____

---

**2.74  Priority creditor's name and mailing address**
Ian John Farruggio

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00    $ _____

---

**2.75  Priority creditor's name and mailing address**
Idaho State Tax Commission
PO Box 36
Boise, ID, 83722-0036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00    $ _____

---

Debtor _____Sftehands, Inc._____     Case number *(if known)* __20-12876__
           Name

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.76** Priority creditor's name and mailing address
Illinois Department of Revenue
PO Box 19006
Springfield, IL, 62794-9006

$ 0.00          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.77** Priority creditor's name and mailing address
Indiana Department of Revenue
PO Box 7206
Indianapolis, IN, 46207-7206

$ 0.00          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.78** Priority creditor's name and mailing address
Iowa Department of Revenue
PO Box 9187
Des Moines, IA, 50306-9187

$ 0.00          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.79** Priority creditor's name and mailing address
Irvin C Daniel Jr

$ 0.00          $

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Sitehands, Inc.                                    Case number (if known)    20-12876
          Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**                    **Priority amount**

**2.80** **Priority creditor's name and mailing address**

Jacob Anthony Wilson

$ 0.00                    $ _____

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

**2.81** **Priority creditor's name and mailing address**

Jahson Hollett

$ 0.00                    $ _____

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

**2.82** **Priority creditor's name and mailing address**

Jaimie Robyn Anzelone

$ 0.00                    $ _____

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

**2.83** **Priority creditor's name and mailing address**

James Bailey

$ 0.00                    $ _____

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

_____          Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

Debtor    Sitehands, Inc.
Name

Case number (if known)    20-12876

---

| Part 1. | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.84  Priority creditor's name and mailing address**

James David Newsom

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

$ 0.00            $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.85  Priority creditor's name and mailing address**

James Hernandez

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

$ 0.00            $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.86  Priority creditor's name and mailing address**

James Rush

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

$ 0.00            $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.87  Priority creditor's name and mailing address**

Jamie Nicole Gates

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

$ 0.00            $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 22 of 124

Debtor    Sitehands, Inc.
          _____
          Name

Case number (if known)  20-12876

---

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

---

**2.88** **Priority creditor's name and mailing address**

Jared McKee

,

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.89** **Priority creditor's name and mailing address**

Jason Atphasouk

,

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.90** **Priority creditor's name and mailing address**

Jeffrey Arnold Swan

,

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.91** **Priority creditor's name and mailing address**

Jeffrey Darren Egel

,

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Sitehands, Inc._____  Case number (if known) __20-12876___
        Name

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.92  Priority creditor's name and mailing address**

Jeffrey J Paciolla

,

**Total claim** $0.00        **Priority amount** $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.93  Priority creditor's name and mailing address**

Jerrel Dunlap

,

$0.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.94  Priority creditor's name and mailing address**

Jerry Moua

,

$0.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.95  Priority creditor's name and mailing address**

Jhony Guzman

,

$0.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**     **Priority amount**

---

**2.⁹⁶ Priority creditor's name and mailing address**

John DeRiggs

,

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ( 4 )

$ 0.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁹⁷ Priority creditor's name and mailing address**

John L Helm

,

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ( 4 )

$ 0.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁹⁸ Priority creditor's name and mailing address**

John M Faccibene

,

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ( 4 )

$ 0.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁹⁹ Priority creditor's name and mailing address**

John P Rosato

,

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)** ( 4 )

$ 0.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____  Case number *(if known)* ___20-12876___
        Sitelands, Inc.
        Name

| | | |
|---|---|---|
| **Part 1.** | **Additional Page** | |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.100 Priority creditor's name and mailing address**

Jonathan Eva

Total claim: $ 0.00     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.101 Priority creditor's name and mailing address**

Jorge Guaman
,

Total claim: $ 0.00     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.102 Priority creditor's name and mailing address**

Joseph Dorrington-Bowen

Total claim: $ 0.00     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.103 Priority creditor's name and mailing address**

Joseph William Moran
,

Total claim: $ 0.00     Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.104** **Priority creditor's name and mailing address**
Joshua Jacob Mcbride

,

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.105** **Priority creditor's name and mailing address**
Jun Murai

,

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.106** **Priority creditor's name and mailing address**
Kansas Department of Revenue
915 SW Harrison Street
Topeka, KS, 66612

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.107** **Priority creditor's name and mailing address**
Karen Torres Tepale

,

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Shefonds, Inc.
                    Name                                    Case number (if known)   20-12876

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.** 108 **Priority creditor's name and mailing address**
Kelly Michael Kamm

,

$0.00            $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** 109 **Priority creditor's name and mailing address**
Kelsey Christine Whisler

,

$0.00            $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** 110 **Priority creditor's name and mailing address**
Kenneth Chih

,

$0.00            $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** 111 **Priority creditor's name and mailing address**
Kentucky Department of Revenue
Division of Sales and Use Tax
Station 67  PO Box 181
Frankfort, KY, 40602-0181

$0.00            $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   _____

**Basis for the claim:**
Taxes & Other Government Units

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sithlands, Inc._____    Case number (if known)___20-12876___
                    Name

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.112  Priority creditor's name and mailing address**

Kevin Carlisle

,

$0.00    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.113  Priority creditor's name and mailing address**

Kodi N Ardrey

,

$0.00    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.114  Priority creditor's name and mailing address**

Kyle Gainor Lindsey

,

$0.00    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.115  Priority creditor's name and mailing address**

Landry Brown

,

$0.00    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____ Shenands, Inc. _____
          Name

Case number (if known) 20-12876

---

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.116**  Priority creditor's name and mailing address
Lashaun Blanks

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00        $ _____

---

**2.117**  Priority creditor's name and mailing address
Lisa V Cusmano

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00        $ _____

---

**2.118**  Priority creditor's name and mailing address
Louis J Liotti

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00        $ _____

---

**2.119**  Priority creditor's name and mailing address
Louise Gabriel

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00        $ _____

---

Debtor    Sienands, Inc.
_____
Name    Case number (if known)  20-12876

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.120** Priority creditor's name and mailing address
Louisiana Department of Revenue
PO Box 201
Baton Rouge, LA, 70802

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.121** Priority creditor's name and mailing address
Maine Revenue Services
PO Box 9107
Augusta, ME, 04332-9107

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.122** Priority creditor's name and mailing address
Mark Kahl

,

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.123** Priority creditor's name and mailing address
Mark R Adam

,

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sitehands, Inc.
          Name                                          Case number (if known)  20-12876

---

| **Part 1.** | **Additional Page** |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.** [124] **Priority creditor's name and mailing address**

Mary Catherine Gerughty

,

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** [125] **Priority creditor's name and mailing address**

Massachusetts Department of Revenue
PO Box 7010
Boston, MA, 02204

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** [126] **Priority creditor's name and mailing address**

Matthew Casey

,

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.** [127] **Priority creditor's name and mailing address**

Megan Elizabeth Mcneil

,

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Sitehands, Inc.
          Name
Case number (if known)    20-12876

---

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.128** **Priority creditor's name and mailing address**
Michael Brown

,

**Total claim** $0.00    **Priority amount** $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.129** **Priority creditor's name and mailing address**
Michael Joseph Swift

,

**Total claim** $0.00    **Priority amount** $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.130** **Priority creditor's name and mailing address**
Michael Peter Certoma

,

**Total claim** $0.00    **Priority amount** $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.131** **Priority creditor's name and mailing address**
Michael Rudisill

**Total claim** $0.00    **Priority amount** $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Sitehands, Inc._____    Case number (if known)___20-12876___
          Name

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.132** **Priority creditor's name and mailing address**

Michigan Department of Treasury
Business Tax Division
PO Box 30427
Lansing, MI, 48909

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.133** **Priority creditor's name and mailing address**

Minnesota Department of Revenue
600 North Robert Street
St. Paul, MN, 55101

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.134** **Priority creditor's name and mailing address**

Monica Mercado

,

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.135** **Priority creditor's name and mailing address**

Montana Department of Revenue
PO Box 6308
Helena, MT, 59604-6308

$ 0.00      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Sitehands, Inc._____    Case number *(if known)*__20-12876__
     Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.**<sup>136</sup> **Priority creditor's name and mailing address**

Murat O Berk

,

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00     $ _____

---

**2.**<sup>137</sup> **Priority creditor's name and mailing address**

Myles Bridges

,

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00     $ _____

---

**2.**<sup>138</sup> **Priority creditor's name and mailing address**

NH Department of Revenue Administration
109 Pleasant Street
Concord, NH, 03301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00     $ _____

---

**2.**<sup>139</sup> **Priority creditor's name and mailing address**

NJ Division on Taxation
Bankruptcy Section
PO Box 245
Tranton, NJ, 08695-0245

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00     $ _____

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor    Sitehands, Inc.      Case number *(if known)* 20-12876

     Name

| **Part 1.** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.140**   **Priority creditor's name and mailing address**

Nabil Azouzi

Total claim   $ 0.00     Priority amount   $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.141**   **Priority creditor's name and mailing address**

Neha Kumari Gami

,

Total claim   $ 0.00     Priority amount   $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.142**   **Priority creditor's name and mailing address**

Nevada Department of Taxation
4600 Kietzke Lane
Building L, Suite 235
Reno, NV, 89502

Total claim   $ 0.00     Priority amount   $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.143**   **Priority creditor's name and mailing address**

New Mexico Taxation and Revenue Department
PO Box 8390
Santa Fe, NM, 87504-8390

Total claim   $ 0.00     Priority amount   $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Debtor    Sitehands, Inc.                                           Case number (if known) 20-12876
         Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.144 Priority creditor's name and mailing address**
New York Department of Taxation and Finance
Attn: Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY, 12227

Total claim: $ 0.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.145 Priority creditor's name and mailing address**
Nicholas J Rosato

,

Total claim: $ 0.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.146 Priority creditor's name and mailing address**
Noah Wayne Miller

,

Total claim: $ 0.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.147 Priority creditor's name and mailing address**
North Carolina Department of Revenue
PO Box 25000
Raleigh, NC, 27640-0640

Total claim: $ 0.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 37 of 124

Debtor _____Sitehands, Inc._____  Case number (if known)__20-12876__
Name

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.148** Priority creditor's name and mailing address
Nyasha Manetswa Mbawa

,

$ 0.00   $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

**2.149** Priority creditor's name and mailing address
Ohio Department of Taxation
Sales and Use
PO Box 2678
Columbus, OH, 43216-2678

$ 0.00   $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**2.150** Priority creditor's name and mailing address
Oklahoma Tax Commission
PO Box 26850
Oklahoma City, OK, 73126-0850

$ 0.00   $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**2.151** Priority creditor's name and mailing address
Oregon Department of Revenue
PO Box 14630
Salem, OR, 97309-5050

$ 0.00   $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

## Part 1.   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.152 Priority creditor's name and mailing address**

Paulo Velasquez

**Total claim:** $ 0.00    **Priority amount:** $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.153 Priority creditor's name and mailing address**

Pennsylvania Department of Revenue
PO Box 280905
Harrisburg, PA, 17128-0905

**Total claim:** $ 0.00    **Priority amount:** $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.154 Priority creditor's name and mailing address**

Peter Bulega

**Total claim:** $ 0.00    **Priority amount:** $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.155 Priority creditor's name and mailing address**

Peter N Diomede

**Total claim:** $ 0.00    **Priority amount:** $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Shenands, Inc. | | | | |
|--------|----------------|--|--|--|--|
| | Name | | Case number *(if known)* | 20-12876 | |

| **Part 1.** | **Additional Page** |
|-------------|---------------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.156** **Priority creditor's name and mailing address**

Peter Xiong

,

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.157** **Priority creditor's name and mailing address**

Phil Goodin

,

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.158** **Priority creditor's name and mailing address**

Philip Zhou

,

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

Basis for the claim:

Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.159** **Priority creditor's name and mailing address**

Phillip E Bolin

,

$ 0.00          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Wages, Salaries, Commissions

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _4_ )

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____Sitenands, Inc._____    Case number (if known) __20-12876__
               Name

| Part 1. | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.160 Priority creditor's name and mailing address**

Puerto Rico Department of the Treasury
PO Box 9024140
San Juan, PR, 00902-4140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00     Priority amount: $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.161 Priority creditor's name and mailing address**

Raheel Salim

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00     Priority amount: $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.162 Priority creditor's name and mailing address**

Rashawn K Alston

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00     Priority amount: $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.163 Priority creditor's name and mailing address**

Raven A Hasian

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00     Priority amount: $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Debtor    Sitehands, Inc.                                    Case number (if known)  20-12876
              Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.164** **Priority creditor's name and mailing address**
Raymond Bayly

$ 0.00          $ _____

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

**2.165** **Priority creditor's name and mailing address**
Reinaldo Calderon

$ 0.00          $ _____

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

**2.166** **Priority creditor's name and mailing address**
Richard Murphy

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

**2.167** **Priority creditor's name and mailing address**
Sarah Elizabeth Handy

$ 0.00          $ _____

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor __Sihenands, Inc._____    Case number (if known) _20-12876_____
        Name

| Part 1. | Additional Page |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.168  Priority creditor's name and mailing address**
Scott Kissane

,

Total claim $ 0.00                    Priority amount $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.169  Priority creditor's name and mailing address**
Sean Michael Woods

,

Total claim $ 0.00                    Priority amount $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.170  Priority creditor's name and mailing address**
Sean Welch

,

Total claim $ 0.00                    Priority amount $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.171  Priority creditor's name and mailing address**
Shaan Afridi

,

Total claim $ 0.00                    Priority amount $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Sitehands, Inc.
　　　　Name

Case number (if known) 20-12876

---

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.172** **Priority creditor's name and mailing address**

Shannon Vought

,

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.173** **Priority creditor's name and mailing address**

Sharada Subrahmanyam

,

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.174** **Priority creditor's name and mailing address**

Siddharth Niranjan Patel

,

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.175** **Priority creditor's name and mailing address**

South Carolina Department of Revenue
300A Outlet Pointe Boulevard
Columbia, SC, 29210

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Debtor    Sienands, Inc.
Name

Case number (if known)    20-12876

---

**Part 1.**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount

---

**2.176**  **Priority creditor's name and mailing address**

Suzanne Laurain

,

$ 0.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.177**  **Priority creditor's name and mailing address**

Swapan Bhowmik

$ 0.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.178**  **Priority creditor's name and mailing address**

Tai Lee Garcia

$ 0.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.179**  **Priority creditor's name and mailing address**

Tamara Grier

,

$ 0.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| **Part 1.** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.180** **Priority creditor's name and mailing address**

Taylor Miller

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00            $ _____

---

**2.181** **Priority creditor's name and mailing address**

Taylor Sherman

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00            $ _____

---

**2.182** **Priority creditor's name and mailing address**

Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN, 37242

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00            $ _____

---

**2.183** **Priority creditor's name and mailing address**

Texas Comptroller of Public Accounts
PO Box 13528, Capitol Station

Austin, TX, 78711-3528

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00            $ _____

Debtor    Shenands, Inc.
          Name                                    Case number (if known)    20-12876

---

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |

---

**2.184** **Priority creditor's name and mailing address**
Theophilus Oyagha

,

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.185** **Priority creditor's name and mailing address**
Theresa Bea Campbell

,

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.186** **Priority creditor's name and mailing address**
Thor Demik

,

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.187** **Priority creditor's name and mailing address**
Timothy Cypher

,

$ 0.00          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor ___Shenands, Inc._____
     Name

Case number (if known)___20-12876___

| | **Part 1.** | **Additional Page** |
|---|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.188** **Priority creditor's name and mailing address**

Toby Eva

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 0.00      $ ____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** ____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.189** **Priority creditor's name and mailing address**

Tyrone Johnson

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 0.00      $ ____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** ____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.190** **Priority creditor's name and mailing address**

Utah State Tax Commission
PO Box 31400
Salt Lake City, UT, 84131-0400

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 0.00      $ ____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** ____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**2.191** **Priority creditor's name and mailing address**

Vermont Department of Taxes
133 State Street
1st Floor
Montpelier, VT, 05603

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 0.00      $ ____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** ____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor ___Shenands, Inc._____
Name

Case number (if known) 20-12876

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**  **Priority amount**

---

**2. 192  Priority creditor's name and mailing address**
Victor Reyes

,

$0.00    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2. 193  Priority creditor's name and mailing address**
Virginia Department of Taxation
PO Box 26627
Richmond, VA, 23261-6627

$0.00    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2. 194  Priority creditor's name and mailing address**
Washington State Department of Revenue
PO Box 47464

Olympia, WA, 98504-7464

$0.00    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2. 195  Priority creditor's name and mailing address**
West Virginia State Tax Department
PO Box 229
Charleston, WV, 25321-0229

$0.00    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Debtor  Sitehands, Inc.
_____
Name

Case number (if known) 20-12876

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1.    Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

**2. 196 Priority creditor's name and mailing address**

William Burd

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00          $ _____

---

**2. 197 Priority creditor's name and mailing address**

Wisconsin Department of Revenue
PO 8949
Madison, WI, 53708-8949

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00          $ _____

---

**2. 198 Priority creditor's name and mailing address**

Zachary Barnum

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00          $ _____

---

**2. 199 Priority creditor's name and mailing address**

Zachary Mazen

,

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00          $ _____

---

Debtor  Stehabs, Inc.
_____
        Name

Case number (if known) 20-12876

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**
1iSoluiton LLC.
1083 SW County Road 2360

Streetman, TX, 75859

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**   Credit Card Debt

$ 4,596.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**
2Cz LLC
21497 SW 87th CT.
Miami, FL, 33189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 1,632.80

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**
523 Tech LLC
6221 Coldwater Lane

Flower Mound, TX, 75028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**   Credit Card Debt

$ 100.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**
Accensis
309 Umhlanga Rocks Drive

La Luci Ridge, 4319

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**   Credit Card Debt

$ 263.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**  **Nonpriority creditor's name and mailing address**
Acysterms
4237 Union Street
Suite B22
Flushing, NY, 11355

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 4,372.50

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**
ADVOKARFIRMAN GLIMSTEDT
Strandvagen 7A
Stockholm
Sweden

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 3,282.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Stellantis, Inc. | | Case number (*if known*) | 20-12876 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7  Nonpriority creditor's name and mailing address**

AF Data Technology LLC
837 Neill Avenue

Bronx, NY, 10462

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 375.00

---

**3.8  Nonpriority creditor's name and mailing address**

AFI Services
26 Rue Marius Aufan
Levallois-Perret
France, 92300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 9,801.00

---

**3.9  Nonpriority creditor's name and mailing address**

AFL Network Services, Inc.
PO Box 896112

Charlotte, NC, 28289-6112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.10  Nonpriority creditor's name and mailing address**

Aggancio
28 West 36th Street, Ste 401

New York, NY, 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 22,500.00

---

**3.11  Nonpriority creditor's name and mailing address**

Alis Technology, LCC
9602 Tiltree St.

Houston, TX, 77075

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 928.00

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Allelon Systems Integration, LLC
3955 Center Road Unit 827

Brunswick, OH, 44212-7941

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,921.00

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Amazon Capital Services, Inc.
PO Box 035184

Seattle, WA, 98124-5184

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,760.00

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

American Eagle Systems, Inc.
160 Wilbur Place Suite 600

Bohemia,, NY, 11716

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 234,877.00

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

American Express 2-31000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

American Info Systems, LLC
1085 Hoover Dr

North Brunswick, NJ, 8902

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,328,828.00

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 17  **Nonpriority creditor's name and mailing address**

Amidom Solutions LLC.
19915 Kinsington Briar Lane

Katy, TX, 77449

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 45,827.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 18  **Nonpriority creditor's name and mailing address**

Amitude Asia Limited
Room B/17F Wyndham Place, 44 Wyndham St
Hong Kong

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 26,983.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 19  **Nonpriority creditor's name and mailing address**

Amorserv LLC
2340 W Touhy Ave
Suite B
Chicago, IL, 60645

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,166.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 20  **Nonpriority creditor's name and mailing address**

Amtitude Asia Limited
Room B 17F Wyndham Place, 44 Wyndham St

Hong Kong

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 26,983.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 21  **Nonpriority creditor's name and mailing address**

Andrew D. Bezgembluk
1715 US Route 1

Cape Neddick, ME, 3902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 7,512.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___Sienahsis, Inc._____    Case number (if known)___20-12876____
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 22** | **Nonpriority creditor's name and mailing address**

Anixter Inc.
PO Box 847428

Dallas, TX, 75284-7428

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 23** | **Nonpriority creditor's name and mailing address**

Apex Systems, LLC
3750 Collections Center Drive

Chicago, IL, 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 288.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 24** | **Nonpriority creditor's name and mailing address**

Apple Inc.
1 Apple Park Way

Cupertino, CA, 95014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 25** | **Nonpriority creditor's name and mailing address**

Appliance Fixer LLC
127 Mason Street

Hempstead, NY, 11550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,040.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 26** | **Nonpriority creditor's name and mailing address**

Aptitude Asia Limited (HKD)
18F Chinachem Hollyowod Centre
1 Hollywood Road Central
Hong Kong

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 27    **Nonpriority creditor's name and mailing address**

Arevo Group, Inc
PO Box 60839

Charlotte, NC, 28260-0839

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,880.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 28    **Nonpriority creditor's name and mailing address**

Arizona Department of Revenue
Arizona Department of Revenue
P.O. Box 29085
Phoenix, AZ, 85038-9085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 29    **Nonpriority creditor's name and mailing address**

Arnpro Tech, LLC
10530 Utopia Circle West

Boynton Beach, FL, 33437

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 85,402.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 30    **Nonpriority creditor's name and mailing address**

Array Technical Service Group Inc.
4223 W. Lake St. Unit 447

Chicago, IL, 60624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,316.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 31    **Nonpriority creditor's name and mailing address**

Ascensus
PO Box 101900

Pasadena, CA, 91189-1900

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 618.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor _____Shenanos, Inc._____    Case number (if known) ___20-12876____
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32  **Nonpriority creditor's name and mailing address**

Aspen Technologies
570 W. Southern Ave

Tempe, AZ, 85282

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,400.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 33  **Nonpriority creditor's name and mailing address**

Authentic Information Group of Companies
2800 Freeway Blvd

Brooklyn Center, MN, 55430

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,519.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 34  **Nonpriority creditor's name and mailing address**

Avalara
Dept. CH 16781

Palatine, IL, 60055

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 0.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Awis, lcc
33 North lobban Unit C

Buffalo, WY, 82824

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 991.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.** 36  **Nonpriority creditor's name and mailing address**

Babble cloud Limited
Bury House,€31 Bury Street,
London, UK €EC3A 5AR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

Debtor    Stellantis, Inc.
          Name

Case number (if known)    20-12876

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.37**    Nonpriority creditor's name and mailing address

Bahrain  Center Provision And Renting Offices
1st Floor,Suite 108 PO Box 40477 Bahrain Car
Parks Building
Manama, Kingdom of Bahrain

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,501.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38**    Nonpriority creditor's name and mailing address

Balaram Ruthnum
13 Riverside Mews, 108 Pemary Ridge
Reservoir Hills, Durban 2091
Kwazulu Natal, Republic of South Africa

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 654.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39**    Nonpriority creditor's name and mailing address

Bassus Roberto Andres
Catamarca 1226 Piso:1
Dpto: A - Rosario Norte
Santa Fe

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 5,200.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40**    Nonpriority creditor's name and mailing address

BBC Professionals - Chartered Accountants
Charter House, 7 McNeil Road
Sabo Yaba Lagos, Nigeria

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,813.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.41**    Nonpriority creditor's name and mailing address

Bellerage Alinga
Shchipok str., 11 bld.1
Moscow, Russia 115054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,214.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Bennett Network Communications
1303C Apple Tree Ln

Birmingham, AL, 35226

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 585.00**

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

BGOS IT SERVICES PRIVATE LIMITED (EUR)
E 204 Rishi Nagar, Shakur Basti

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 0.00**

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

BizPro
231 Market Place, 317

San Ramon, CA, 94583

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 11,132.00**

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

BizTectonics, LLC
518 Van Beuren Road

Morristown, NJ, 7960

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 18,000.00**

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Black Ink Business Services, LLC
18 Bridge Street Ste 4A

Brooklyn, NY, 11201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 0.00**

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47 **Nonpriority creditor's name and mailing address**

BoeTel LLC
PO. Box 680

Chalmette, LA, 70044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,923.00

---

**3.** 48 **Nonpriority creditor's name and mailing address**

BoeTel LLC
PO. Box 680
Chalmette, LA, 70044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,923.00

---

**3.** 49 **Nonpriority creditor's name and mailing address**

Boingo Graphics
656 Michael Wylie Drive

Charlotte, NC, 28217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 86.00

---

**3.** 50 **Nonpriority creditor's name and mailing address**

Boingo Graphics
656 Michael Wylie Drive
Charlotte, NC, 28217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 86.00

---

**3.** 51 **Nonpriority creditor's name and mailing address**

Boomi Inc.
PO Box 842848

Boston, MA, 02284-284

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Debtor _____Stenandis, Inc._____    Case number (if known) ___20-12876___
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3. 52**    **Nonpriority creditor's name and mailing address**

Bouygues E&S InTec Schweiz AG
Hohlstrasse 188

Zurich, 8004

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 751.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3. 53**    **Nonpriority creditor's name and mailing address**

Bouygues E&S InTec Schweiz AG
Hohlstrasse 188
Zurich

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 751.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3. 54**    **Nonpriority creditor's name and mailing address**

Bryntum AB
co Andersson
22653 LUND

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,280.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3. 55**    **Nonpriority creditor's name and mailing address**

Bryntum AB
c/o Andersson, Fågelhundsvägen 10
22653 LUND
Sverige

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 3,280.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3. 56**    **Nonpriority creditor's name and mailing address**

Business Information Services (BIZ)
PO Box 187

Colts Neck, NJ, 7722

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 20,048.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor _____Shenandis, Inc._____     Case number (*if known*)___20-12876___
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

| 3.⁵⁷ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 72,261.00 |

Buzzacott
130 Wood Street

London

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

| 3.⁵⁸ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 840.00 |

BVBA Ardeel Dirk (EURO)
H. Consciencestraat 59

Gentbrugge, 9050

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

| 3.⁵⁹ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,456.00 |

Cache Valley
875 North 1000 West

Logan, UT, 84321

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

| 3.⁶⁰ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 5,937.00 |

CADLAN S.A.
Calle del Marques de Urquijo, 14, 1 Dcha

Madrid, 28008

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

| 3.⁶¹ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 4,173.00 |

Cagney Maintenance Services Limited
Unit 17 The Hub Logistic Business Park
Bracetown
Dublin

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 62    **Nonpriority creditor's name and mailing address**

Caidar Technology Incorporated LLC
710 Boundary Street
Unit 1B
Beaufort, SC, 29902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 230.00

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 63    **Nonpriority creditor's name and mailing address**

Call Experts
PO Box 31418

Charleston, SC, 29417

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 722.00

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 64    **Nonpriority creditor's name and mailing address**

Callidus Software, Inc.
4140 Dublin Blvd.
Suite 400
Dublin, CA, 94568

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,531.00

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 65    **Nonpriority creditor's name and mailing address**

Canon Financial Services, Inc
14904 Collections Center Drive

Chicago, IL, 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 503.00

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 66    **Nonpriority creditor's name and mailing address**

Canopus IT Solutions UG
Praunheimer Landstra?e 32

Frankfurt am Main, 60488

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,617.00

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.67**   **Nonpriority creditor's name and mailing address**

CareerBuilder, LLC
13047 Collection Center Drive

Chicago, IL, 60693-0130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.68**   **Nonpriority creditor's name and mailing address**

CBCS Custom Network
1316 Regency Lane

Lake Villa, IL, 60046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 259.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.69**   **Nonpriority creditor's name and mailing address**

CBRE
P.O. Box 102151
CSHV 615 College, LLC
Pasadena, CA, 91189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.70**   **Nonpriority creditor's name and mailing address**

Ceenex Global Computer Trading LLC
1702 The Exchange Tower
Business Bay
Dubai

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,360.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.71**   **Nonpriority creditor's name and mailing address**

CFGI, LLC
99 High Street, 30th Floor

Boston, MA, 2110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,008.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

Checkr Inc.
One Montgomery Street
Suite 2000
San Francisco, CA, 94104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

**3.73** **Nonpriority creditor's name and mailing address**

Christopher Scutti

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 1,106.00

---

**3.74** **Nonpriority creditor's name and mailing address**

City 2 City Solutions
718 W 22ND ST

PINE BLUFF, AR, 71601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 190.00

---

**3.75** **Nonpriority creditor's name and mailing address**

Classic IT Services
5945 S 245 W

Salt Lake City, UT, 84107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 4,771.00

---

**3.76** **Nonpriority creditor's name and mailing address**

CLAYTON & McKERVEY
2000 Town Center Suite 1800

Southfield, MI, 48075

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 40.00

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 77  **Nonpriority creditor's name and mailing address**

CliftonLarsonAllen LLP
227 West Trade Street
Suite 800
Charlotte, NC, 28202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 279,076.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 78  **Nonpriority creditor's name and mailing address**

Cloud Techs R Us
7401 Wiles Rd Suite 347

Coral Springs, FL, 33057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 645.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 79  **Nonpriority creditor's name and mailing address**

Cogency Global Inc.
P.O. Box 3168

Hicksville, NY, 11802

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,861.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 80  **Nonpriority creditor's name and mailing address**

CommonWorld of PA LLC
189 Butztown Road

Bethlehem, PA, 18020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 146.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 81  **Nonpriority creditor's name and mailing address**

Commprehend INC.
10431 Fairchild Road

Spring Hill, FL, 34608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,946.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor ___Shenahios, Inc._____    Case number (if known) __20-12876__
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.82** **Nonpriority creditor's name and mailing address**

Comptex Services
6620 Gessner Rd
Apt 4203
Houston, TX, 77040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 745.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.83** **Nonpriority creditor's name and mailing address**

Conecto Networks
Noordbaan 803

Moordrecht, 2841

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.84** **Nonpriority creditor's name and mailing address**

Connect IT
4922 W Berhend Dr

Glendale, AZ, 85308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,331.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.85** **Nonpriority creditor's name and mailing address**

Connecting Tomorrow IT UG
Webergasse 3

Bad Hesfeld, 36251

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.86** **Nonpriority creditor's name and mailing address**

Connecting Tomorrow IT UG (Haftu)
Guldene Kammer 40a

Bad Hersfeld, 36251

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,692.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor ___Stemholdo, Inc._____
        Name

Case number (if known)___20-12876_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **87** **Nonpriority creditor's name and mailing address**

Connection Services LLC
1776 Bohemia Mill Rd

Middletown, DE, 19709

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 4,562.00

---

**3.** **88** **Nonpriority creditor's name and mailing address**

Connectivitywerx - 1446995 Ontario Ltd.
250 Shields Court
Unit 21
Markham

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 33,571.00

---

**3.** **89** **Nonpriority creditor's name and mailing address**

Console IT
35 Rue Maurice David

Pierrefitte-sur-Seine, 93380

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 28,151.00

---

**3.** **90** **Nonpriority creditor's name and mailing address**

CONTACT I.T. EXPERTS
7647 Waterbury Place

Rancho Cucamonga, CA, 91730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 273.00

---

**3.** **91** **Nonpriority creditor's name and mailing address**

Conti Corporation
6417 Center Dr

Sterling Heights, MI, 48312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 93,094.00

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 92    **Nonpriority creditor's name and mailing address**

Continental Electrical Construction Company LLC
815 Commerce Drive
Suite 100
Oak Brook, IL, 60523

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 8,355.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 93    **Nonpriority creditor's name and mailing address**

Coranet
17 Battery Place
Suite 709
NEW YORK, NY, 10004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 91,382.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 94    **Nonpriority creditor's name and mailing address**

CORE Values Consulting & Solutions
646 Oak Meadow Drive

Jackson, MO, 63755

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 15,015.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 95    **Nonpriority creditor's name and mailing address**

Corporate Service Consulting SAC
Repblica de Panam 3055, San Isidro

Lima

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,210.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 96    **Nonpriority creditor's name and mailing address**

Cort Business Services Corp
PO Box 17401

Baltimore, MD, 21297

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,236.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Shenanigos, Inc. | Case number (*if known*) 20-12876 |
|--------|------------------|------------------------------------|
|        | Name             |                                    |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **97**  **Nonpriority creditor's name and mailing address**

CoStar Realty Infomation, Inc
1331 L Street Northwest

Washington, DC, 20005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34,471.00

---

**3.** **98**  **Nonpriority creditor's name and mailing address**

Crescent Communications LTD
Cookstown Business Centre Unit A3

Dublin, 24

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,294.00

---

**3.** **99**  **Nonpriority creditor's name and mailing address**

CS Technology, Inc.
One Penn Plaza, Floor 54

New York, NY, 10119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 259,875.00

---

**3.** **100**  **Nonpriority creditor's name and mailing address**

Custom Home Pubs, LLC
1640 Sardis Rd. N # 120

Charlotte, NC, 28270

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** **101**  **Nonpriority creditor's name and mailing address**

Cyber Pro Inc.
3905 Windemere Drive

Colgate, WI, 53017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,987.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 102   **Nonpriority creditor's name and mailing address**

CyberCoders, Inc.
6591 Irvine Center Dr
#200
Irvine, CA, 92618

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,200.00

---

**3.** 103   **Nonpriority creditor's name and mailing address**

Data and Voice Specialists, Inc.
566 Dunmar Cricle

Winter Springs, FL, 32708

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,931.00

---

**3.** 104   **Nonpriority creditor's name and mailing address**

Data Tech Cabling Consulant LLC
14704 Glenduff Place

Charlotte, NC, 28278

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,523.00

---

**3.** 105   **Nonpriority creditor's name and mailing address**

Datek Installasjon AS
Ulvenveien 111

Oslo, 665

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,236.00

---

**3.** 106   **Nonpriority creditor's name and mailing address**

Davenport Mobile Web & Computer Support
430 Cascade Rise Court SW

Atlanta, GA, 30331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,301.00

---

Debtor _Shenandos, Inc._____
          Name

Case number (if known) _20-12876_

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.107** Nonpriority creditor's name and mailing address

Delaware Division of Revenue
PO Box 830

Wilmington, DE, 19899-0830

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,732.00

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.108** Nonpriority creditor's name and mailing address

DeployIT USA, Inc.
DeployIT USA
10534 Golde Grove Ave
Dyer, IN, 46311-7044

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 400,385.00

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.109** Nonpriority creditor's name and mailing address

DESERT COMM, LLC
6436 REMEX WAY

NORTH LAS VEGAS, NV, 89084

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 613.00

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.110** Nonpriority creditor's name and mailing address

Dixcart Trust Corporation Limited
PO Box 161, Sir William Place, St Peter Port
Guernsey, Channel Islands GY14EZ

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.111** Nonpriority creditor's name and mailing address

Doumani & Co
Achrafieh, Al Ghab St, Mansour Bldg, 7th Floor,
Beirut, Lebanon

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,440.00

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 112  **Nonpriority creditor's name and mailing address**

DR TEC, Inc.
20648 South Graceland Lane

Frankfort, IL, 60423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 48,801.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

---

**3.** 113  **Nonpriority creditor's name and mailing address**

Duplo S Serviaos de Apoio Administrativo Ltda
Jamaris, 100 sala 801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,291.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

---

**3.** 114  **Nonpriority creditor's name and mailing address**

EAS Consulting, LLC
32 Thornton Rd

Londonderry, NH, 3053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,844.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

---

**3.** 115  **Nonpriority creditor's name and mailing address**

Egyptian Networking Consultations (ENC)
128 Gesr Al Suez

Cairo

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,060.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

---

**3.** 116  **Nonpriority creditor's name and mailing address**

Ekonomitforetaget Baehring Dahl AB
BERGA ALLÉ 3
Helsingborg, Sweden 254 52

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,854.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

Debtor  Stream TV Networks, Inc.

Name

Case number (if known)  20-12876

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**117   **Nonpriority creditor's name and mailing address**

Electra Link Inc.
21755 Interstate 45, Bldg. 10

Spring, TX, 77388

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ 2,002.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**118   **Nonpriority creditor's name and mailing address**

Eliacin Technologies Solutions LLC
1030 Carroll Street Suite 5F

Brooklyn, NY, 11225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ 9,912.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**119   **Nonpriority creditor's name and mailing address**

ELITE Network Solutions (obsolete)
15000 82nd Ave

Dyer, IN, 46311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ 0.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**120   **Nonpriority creditor's name and mailing address**

ELITE Network Solutions LLC
15000 82nd Ave

Dyer, IN, 46311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ 6,599.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**121   **Nonpriority creditor's name and mailing address**

Elizabeth Vinson

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**$ 38.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Shenanus, Inc.
        Name

Case number (*if known*)  20-12876

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 122  **Nonpriority creditor's name and mailing address**

EMILIA INFORMATICA SRL
Via Luigi Rigolli 69

Piacenza

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,713.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 123  **Nonpriority creditor's name and mailing address**

Empower Retirement
Dept 1355

Denver, CO, 80256-1355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,599.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 124  **Nonpriority creditor's name and mailing address**

Eric Hawkins

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,264.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 125  **Nonpriority creditor's name and mailing address**

EV-TECH
525 Northridge Road Apt E

Sandy Springs, GA, 30350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,251.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 126  **Nonpriority creditor's name and mailing address**

Evolution IT
5547 W Adamson Circle

West Jordan, UT, 84081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,102.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 127  **Nonpriority creditor's name and mailing address**

Excel Redstone Converged Solutions Limited
40 Holborn Viaduct

London

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 98,173.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 128  **Nonpriority creditor's name and mailing address**

EZ IT Hands LLC
1621 W 25th Street #204

San Pedro, CA, 90732

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36,411.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 129  **Nonpriority creditor's name and mailing address**

Facility Solutions Group, Inc.
4401 Westgate Blvd., Suite 310

Austin, TX, 78745-1494

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 110.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 130  **Nonpriority creditor's name and mailing address**

Fair Consulting Group
12th FL, Herbis-Osaka Office Tower 2-5-25
Umeda, Kita-ku
Osaka, Japan 5300001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,679.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 131  **Nonpriority creditor's name and mailing address**

Fayette Electrical Service, Inc.
390 Blue Sky Parkway

Lexington, KY, 40509

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,994.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____Stellantis, Inc._____    Case number (*if known*) ___20-12876___
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 132   **Nonpriority creditor's name and mailing address**

FEDEX
P.O. Box 371461

Pittsburgh, PA, 15250-7461

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,996.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 133   **Nonpriority creditor's name and mailing address**

Fidelis Communications, Inc.
580 Industry Drive

Tukwila, WA, 98188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 29,326.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 134   **Nonpriority creditor's name and mailing address**

Field Medix
2101 NW 33rd Street, Suite 3100A

Pompano Beach, FL, 33069

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 202,895.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 135   **Nonpriority creditor's name and mailing address**

Fiscal Solutions
130 Wood Street

London

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 15,677.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 136   **Nonpriority creditor's name and mailing address**

Forager Technologies
361 Sandcastle Road

Franklin, TN, 37069-7180

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 997.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____Stemilus, Inc._____    Case number (if known)____20-12876____
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 137    **Nonpriority creditor's name and mailing address**

Forms & Supply Inc
PO Box 563953

Charlotte, NC, 28256-3953

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 416.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 138    **Nonpriority creditor's name and mailing address**

Fortify 24x7
2067 Apa Road

Point Roberts, WA, 98281

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,077.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 139    **Nonpriority creditor's name and mailing address**

Francotyp-Postalia, Inc.
140 N. Mitchell Ct., Suite 200

Addison, IL, 60101-5629

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 122.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 140    **Nonpriority creditor's name and mailing address**

FS24-7 Ltd
2884 Alpine Terrace

Cincinnati, OH, 45208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 407,733.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 141    **Nonpriority creditor's name and mailing address**

FTV Management Company, LP
555 California Street
Suite 2850
San Francisco, CA, 94104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53,823.00

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ¹⁴² **Nonpriority creditor's name and mailing address**

Fuji Tax Corporation
I-26 Fukushima 5 chome, Fukushima-ku
Osaka, Japan 5300003

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 11,073.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** ¹⁴³ **Nonpriority creditor's name and mailing address**

Gartner Inc.
P.O. Box 911319

Dallas, TX, 75391-1319

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 76,887.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** ¹⁴⁴ **Nonpriority creditor's name and mailing address**

Genesis Corp
P.O Box 9500-5815

Philadelphia, PA, 19195-5815

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 46,688.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** ¹⁴⁵ **Nonpriority creditor's name and mailing address**

GetGo, Inc
PO Box 50264

Los Angeles, CA, 90074-0264

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 22,677.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** ¹⁴⁶ **Nonpriority creditor's name and mailing address**

Gibson Electric & Technology Solutions Inc
3100 Woodcreed Dr

Downers Grove, IL, 60515-5427

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 11,768.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.**147 **Nonpriority creditor's name and mailing address**

Gilead Technologies
7118 Faith Way #101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 747.00

---

**3.**148 **Nonpriority creditor's name and mailing address**

Google

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 963.00

---

**3.**149 **Nonpriority creditor's name and mailing address**

Great Lakes Computer Corporation
33675 Lear Industrial Parkway

Avon, OH, 44011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 135.00

---

**3.**150 **Nonpriority creditor's name and mailing address**

Grit Media, LLC
828 East Blvd

Charlotte, NC, 28203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 61,629.00

---

**3.**151 **Nonpriority creditor's name and mailing address**

GTS Enterprises of USA
2550 Gardenia Drive

Columbus, OH, 43235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,016.00

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 152 **Nonpriority creditor's name and mailing address**

Harold Henrietta Companies LLC
2472 Jett Ferry Rd Ste 400 #127

Dunwoody, GA, 30338

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 904.00

**3.** 153 **Nonpriority creditor's name and mailing address**

Hessonite Technologies Ltd.
71-73 Shelton Street
Covent Garden
London, WC2H9JQ

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 910.00

**3.** 154 **Nonpriority creditor's name and mailing address**

Highbridge
Hojbro Plads 10
Copenhagen, Denmark DK-1200

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 708.00

**3.** 155 **Nonpriority creditor's name and mailing address**

Highbridge Services
1270 AVE of the Americas FL 7

New York, NY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 218.00

**3.** 156 **Nonpriority creditor's name and mailing address**

Hiloka Ltd. (GBP)
Felden Lane, Alvearium House

Hemel Hempstead, MA, HP3 0BA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,398.00

Debtor    Shenandos, Inc.
              Name

Case number (if known)    20-12876

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 157 **Nonpriority creditor's name and mailing address**

HKBN JOS (Singapore) Pte Ltd
67 Ubi Aveune 1#02-01 North Wing
StarHub Green
Singapore

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 176.00

**3.** 158 **Nonpriority creditor's name and mailing address**

Hojin SEC Limited
30 Habour Road

Hong Kong

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,806.00

**3.** 159 **Nonpriority creditor's name and mailing address**

HP INC
1501 Page Mill Road

Palo Alto, CA, 94304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 408,269.00

**3.** 160 **Nonpriority creditor's name and mailing address**

HTEC Support
11 Avenue Mirabeau

Eaubonne

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 968.00

**3.** 161 **Nonpriority creditor's name and mailing address**

Hy-Tee Solutions LLC
3354 Rogerdale rd
APT# 425
Houston, TX, 77042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,216.00

Debtor    Stellantis, Inc.                                    Case number (if known)    20-12876
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.162** Nonpriority creditor's name and mailing address

ICobus
165 The Broadway Highlands House
Wimbledon
London

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,856.00

---

**3.163** Nonpriority creditor's name and mailing address

Ideal Vision Consulting S.P.C.
Flat 12, Building 441, Road-1805
Al Hoora 199
Manama

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,136.00

---

**3.164** Nonpriority creditor's name and mailing address

IES Commercial, Inc.
2801 S. Fair Lane

Tempe, AZ, 85282

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,080.00

---

**3.165** Nonpriority creditor's name and mailing address

IHK Berlin
Fasanenstraße 85
Berlin, Germany 10623

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 77.00

---

**3.166** Nonpriority creditor's name and mailing address

Info Solutions LLC
P.O. Box 1025

Bear, DE, 19701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53,438.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Shenandoah, Inc.
_____
Name

Case number (if known)    20-12876

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 167  **Nonpriority creditor's name and mailing address**

INNO4, LLC
1133 164th Street SW, Ste. 105

Lynnwood, WA, 98087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 340.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 168  **Nonpriority creditor's name and mailing address**

Insperity
P.O. Box 841585

Dallas, TX, 75284-1585

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,937.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 169  **Nonpriority creditor's name and mailing address**

Instant IP Air Links
7 The Glebe
BlackWater
Camberley

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,475.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 170  **Nonpriority creditor's name and mailing address**

Interconnected Technologies, LLC
1562 First Avenue
Suite 205-3519
New York, NY, 10028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 30,011.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 171  **Nonpriority creditor's name and mailing address**

Interstate Contract Cleaning Services, Inc
509 Blairhill Road

Charlotte, NC, 28217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor ___Shenanus, Inc._____
          Name

Case number (if known) ___20-12876___

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.** 172   **Nonpriority creditor's name and mailing address**

Intuitive Services, L.L.C.
6784 W. Harrison St.

Chandler, AZ, 85226

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 332.00

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 173   **Nonpriority creditor's name and mailing address**

IONUT BOGDAN ISARIE
214 POINCIANA DRIVE

Sunny isles, FL, 33160

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,044.00

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 174   **Nonpriority creditor's name and mailing address**

IT DESTINATION AB (SEK)
GODVADERSGATAN 37 LGH 10

Goteborg, 41838

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 11,589.00

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 175   **Nonpriority creditor's name and mailing address**

IT TIGERS LLC
16192 COASTAL HIGHWAY

LEWES, DE, 19958

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,250.00

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 176   **Nonpriority creditor's name and mailing address**

Jackson Lewis P.C.
29th Floor

New York City, NY, 10017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,710.00

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor | Sitenatios, Inc.
Name

Case number (*if known*) 20-12876

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.177 Nonpriority creditor's name and mailing address**

Jalasoft, Inc.
1300 Post Oak Blvd, Suite 2400

Houston, TX, 77056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 867,395.00

**3.178 Nonpriority creditor's name and mailing address**

Javin Solutions
3920 CLUB DRIVE UNIT606

Duluth, GA, 30096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 667.00

**3.179 Nonpriority creditor's name and mailing address**

Jerry Hammond

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 118.00

**3.180 Nonpriority creditor's name and mailing address**

Jive Communications
1275 West 1600 North, Suite 100

Orem, UT, 84057

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 120.00

**3.181 Nonpriority creditor's name and mailing address**

JN Trading LLC
850 S Tamiami Trail
Apt 807
Sarasota, FL, 34236

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 28,237.00

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.182** Nonpriority creditor's name and mailing address

Jormic IT Solutions LLC
11000 W. McNichols Rd
Ste 100
Detroit, MI, 48221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32,297.00

---

**3.183** Nonpriority creditor's name and mailing address

JtechLA Inc
PO Box 1785

West Monroe, LA, 71294

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 54,087.00

---

**3.184** Nonpriority creditor's name and mailing address

JUDGE CONSULTING GROUP

PHILADELPHIA, PA, 19182-0120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,000.00

---

**3.185** Nonpriority creditor's name and mailing address

Justin Estvold
10 E Delaware PL #21E

Chicago, IL, 60611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.186** Nonpriority creditor's name and mailing address

JustTech Communications LLC.
281 Bible School Road

Lake Lure, NC, 28746

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 37,411.00

Debtor    Shenandus, Inc.
_____
Name

Case number (if known)    20-12876

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.187** Nonpriority creditor's name and mailing address

Kara IT & Trade LLC
7740 Southside Blvd
Apt 1802
Jacksonville, FL, 32256

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 12,373.00

---

**3.188** Nonpriority creditor's name and mailing address

Karen Hughes
214 Wanamaker Lane

Upper Nyack, NY, 10960

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 22,500.00

---

**3.189** Nonpriority creditor's name and mailing address

Kedington NI LTD
UNIT 2 BALLINISKA ROAD
SPRINGTOWN INDUSTRIAL ESTATE
Londonderry

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,617.00

---

**3.190** Nonpriority creditor's name and mailing address

KENRY LLC
1806 creekside Pass

San Antonio, TX, 78259

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 2,522.00

---

**3.191** Nonpriority creditor's name and mailing address

Kevin Malinowski

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,101.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 88 of ___124

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 192   **Nonpriority creditor's name and mailing address**

Kforce Technology
P.O. Box 277997

Atlanta, GA, 30384-7997

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 49,960.00

---

**3.** 193   **Nonpriority creditor's name and mailing address**

Kinettix Inc
4555 Lake Forest Drive Suite 540

CINCINNATI, OH, 45242

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 194   **Nonpriority creditor's name and mailing address**

KLDiscovery Ontrack
PO BOX 845823

Dallas, TX, 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 152,324.00

---

**3.** 195   **Nonpriority creditor's name and mailing address**

Kovai Limited Company
Plainwell House, LEFA Business Park, Edington
Way
Sidcup, Kent

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 196   **Nonpriority creditor's name and mailing address**

KPMG LLP
Dept 0608
PO Box 120608
Dallas, TX, 75312-0608

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 79,500.00

Debtor ___Shetlands, Inc._____    Case number (if known) __20-12876__
              Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** <u>197</u>  **Nonpriority creditor's name and mailing address**

KYA Consulting Pte Ltd
128B Grange Road

249604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,138.00

---

**3.** <u>198</u>  **Nonpriority creditor's name and mailing address**

Lantel Communication Inc.
13740 E Williams Field Road

Gilbert, AZ, 85296

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,681.00

---

**3.** <u>199</u>  **Nonpriority creditor's name and mailing address**

Lantro (HK) Ltd
13 Sheung Yuet Road, Units 401-403, Shui Hing Centre

Kowloon Bay

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24,232.00

---

**3.** <u>200</u>  **Nonpriority creditor's name and mailing address**

LanTro (S) Pte Ltd
8 Ayer Rajah Crescent, LanTro Vision Building

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33.00

---

**3.** <u>201</u>  **Nonpriority creditor's name and mailing address**

Larry Leibowitz
110 Franklin Street
Apt #4
New York, NY, 10013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,000.00

---

Debtor    Shenandois, Inc.
          _____
          Name                                                    Case number (if known)  20-12876

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **202** **Nonpriority creditor's name and mailing address**

LehmanBrown
Suite 03 16 F. Sino Plaza 255-257 Gloucester Road

Causeway Bay

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,855.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** **203** **Nonpriority creditor's name and mailing address**

Lehner & Partner Wirtschaftsprufungs-und
Wiener Strasse 89
Baden , Austria 2500

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,661.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** **204** **Nonpriority creditor's name and mailing address**

Leviathan Technology Solutions
88 Urban Club Road

Wayne, NJ, 7470

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,626.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** **205** **Nonpriority creditor's name and mailing address**

Link Communication Services, LLC.
725 Centre Street

Nutley, NJ, 7110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,963.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** **206** **Nonpriority creditor's name and mailing address**

LinkedIn Corporation
62228 Collections Center Drive

Chicago, IL, 60693-0622

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29,468.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor  Stienahus, Inc. _____    Case number (if known) 20-12876
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.207 Nonpriority creditor's name and mailing address**

Lowenstein Sandler LLP
One Lowenstein Drive

Roseland, NJ, 7068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 65,340.00

---

**3.208 Nonpriority creditor's name and mailing address**

Maesron PTE. LTD.
Hong Leong Building
16 Raffles Quay #33-03
Singapore

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,645.00

---

**3.209 Nonpriority creditor's name and mailing address**

Martinsen
Oster Allé 42 4
Copenhagan, Denmark DK-1200

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,510.00

---

**3.210 Nonpriority creditor's name and mailing address**

Matthew Casey

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,652.00

---

**3.211 Nonpriority creditor's name and mailing address**

McMillan Data Communications
1950 Cesar Chavez Street, 2nd Floor

San Francisco, CA, 94124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,498.00

Debtor   Shenanos, Inc.
_____
         Name

Case number (if known)   20-12876

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 212  **Nonpriority creditor's name and mailing address**

Mecklenburg County Code
Mecklenburg County Code Enforcement
2145 Suttle Avenue
Charlotte, NC, 28208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,253.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 213  **Nonpriority creditor's name and mailing address**

Mendoza & Asociados
Atrium Tower - Floor 18 , Street 54 Este Obarrio,
Panama City, Panama

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,317.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 214  **Nonpriority creditor's name and mailing address**

MGQ & Associates, Inc.
1719 E Columbus Drive

Tampa, FL, 33605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,842.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 215  **Nonpriority creditor's name and mailing address**

Michody, LLC
6400 Huffman Road

Cygnet, OH, 43413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 123,229.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 216  **Nonpriority creditor's name and mailing address**

Miller Electric Company
Post Office Box 1799
Jacksonville, FL, 32201-1799

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 110.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Debtor _Shenandos, Inc._____ Case number _(if known)_ 20-12876
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.217** Nonpriority creditor's name and mailing address

Mintz Levin
P.O. Box 4539

Boston, MA, 02212-4539

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 564,763.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.218** Nonpriority creditor's name and mailing address

MN Network Solutions LLC
4217 Merrian Dr

Plano, TX, 75074

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 5,257.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.219** Nonpriority creditor's name and mailing address

MORRIS, MANNING & MARTIN, LLP
1600 ATLANTA FINANCIAL CENTER
3343 PEACHTREE ROAD
Atlanta, GA, 30326-1044

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 12,624.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.220** Nonpriority creditor's name and mailing address

Nedre Romerike Kemnerkontor
Postks 313

Lillestrom, 2001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 209.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.221** Nonpriority creditor's name and mailing address

Netmedia Networks
814 Mount Avenue

Wyandanch, NY, 11798

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 16,654.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    Sitenable, Inc.
         Name                                                    Case number (if known)    20-12876

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** **Nonpriority creditor's name and mailing address**

Network Cable Solutions LLC
1903 Colony Dr.

Irving, TX, 75061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 31,954.00

---

**3.223** **Nonpriority creditor's name and mailing address**

Network Design Technologies, Inc
1000 N. West Street

Wilmington, DE, 19801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,033.00

---

**3.224** **Nonpriority creditor's name and mailing address**

Network Services and Installation Professionals LLC.
1950 Parker Blvd.

Tonawanda, NY, 14150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19,274.00

---

**3.225** **Nonpriority creditor's name and mailing address**

Networx, Inc.
5160 S. Valley View Blvd. Suite 100

Las Vegas, NV, 89118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,197.00

---

**3.226** **Nonpriority creditor's name and mailing address**

NetzPunkt, S.A. de C.V.
Viezca 147 Col. Mitras Centro

Monterrey

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 227  **Nonpriority creditor's name and mailing address**

New Jersey Division of Taxation
New Jersey Division of Taxation
Revenue Processing Center
Trenton, NJ, 08646-0257

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,310.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 228  **Nonpriority creditor's name and mailing address**

NEW YORK STATE CORPORATION TAX
P.O. BOX 15180

ALBANY, NY, 12212-5180

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 229  **Nonpriority creditor's name and mailing address**

New York State Dept of Taxation & Finance
PO Box 15168

Albany, NY, 12212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,509.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 230  **Nonpriority creditor's name and mailing address**

Newtronic Network Solutions LLC
2704 Lauren Way

Seagoville, TX, 75159

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53,422.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 231  **Nonpriority creditor's name and mailing address**

NGIT Solutions LLC
6155 E Walton St

Long Beach, CA, 90815

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32,953.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** Nonpriority creditor's name and mailing address

Nippon Express USA, Inc.
P.O. BOX 106040

Atlanta, GA, 30348-6040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,305.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
Date or dates debt was incurred _____
☑ No
☐ Yes
Last 4 digits of account number _____

---

**3.233** Nonpriority creditor's name and mailing address

NOCDOC
4000 Brownsboro Road

Winston Salem, NC, 27106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,297.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
Date or dates debt was incurred _____
☑ No
☐ Yes
Last 4 digits of account number _____

---

**3.234** Nonpriority creditor's name and mailing address

Nordic Transport & IT Services AB
Vidargatan 11 lgh 1202
195 52
Marsta

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 375.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
Date or dates debt was incurred _____
☑ No
☐ Yes
Last 4 digits of account number _____

---

**3.235** Nonpriority creditor's name and mailing address

North American Video Corporation (NAVCO)
1041 N Pacificenter Dr

Anaheim, CA, 92806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127,862.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
Date or dates debt was incurred _____
☑ No
☐ Yes
Last 4 digits of account number _____

---

**3.236** Nonpriority creditor's name and mailing address

Notare Huppmann, Poindl & Partners
1010 Wien Branstatte 6
Vienna, Austria

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,962.00

**Basis for the claim:**

**Is the claim subject to offset?**
Date or dates debt was incurred _____
☑ No
☐ Yes
Last 4 digits of account number _____

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** **237** Nonpriority creditor's name and mailing address

OMKAR Consulting LLC
1466 S Longspur Lane

Gilbert, AZ, 85296

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,841.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **238** Nonpriority creditor's name and mailing address

Onsale Networks.com
11569 Highway 6
#176
Sugar land, TX, 77498

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 113.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **239** Nonpriority creditor's name and mailing address

Orion Global Management Services Ltd
20-22 Wenlock Road

London

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,140.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **240** Nonpriority creditor's name and mailing address

Paragon Endpoint Consulting
9 E 8TH ST Suite 162

New York, NY, 10003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,507.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **241** Nonpriority creditor's name and mailing address

Payne & Fears
4 Park Plaza, Suite 1100

Irvine, CA, 92614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Sitehands, Inc._____    Case number (if known) __20-12876__
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.242  Nonpriority creditor's name and mailing address**

Performance PC LLC
378 N Line St

Columbia City, IN, 46725

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,153.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.243  Nonpriority creditor's name and mailing address**

PFG Ventures
P.O. Box 640814

Cincinnati, OH, 45264-0814

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,016.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.244  Nonpriority creditor's name and mailing address**

Phoenix Communications Group, LLC
7050 Woodleaf Rd.

Woodleaf, NC, 27054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 767.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.245  Nonpriority creditor's name and mailing address**

Pinebreeze Technologies, Inc.
Pinebreeze Technologies, Inc.
P.O. Box 732951
Dallas, TX, 75373-2951

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.246  Nonpriority creditor's name and mailing address**

Pinwheel Handyman
16322 Amber Field Drive

Huntersville, NC, 28078

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 536.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Sitenius, Inc._____    Case number (if known)___20-12876___
        Name

| **Part 2:** | **Additional Page** | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** ⌐247⌐ **Nonpriority creditor's name and mailing address**

PMC Commercial Interiors
P.O. Box 896614

Charlotte, NC, 28289-6614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32.00

---

**3.** ⌐248⌐ **Nonpriority creditor's name and mailing address**

PMCAA Inc
917 N Market St Suite 200

Wilmington, DE, 19801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,305.00

---

**3.** ⌐249⌐ **Nonpriority creditor's name and mailing address**

Power Plus IT Solutions LLC
6536 Falling Meadows Drive

Galena, OH, 43021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 675.00

---

**3.** ⌐250⌐ **Nonpriority creditor's name and mailing address**

PowerEVO, Inc.
4787 Elgin Ave SE

Calgary, AB, T2Z 0M5

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 228.00

---

**3.** ⌐251⌐ **Nonpriority creditor's name and mailing address**

PR NEWSWIRE ASSOCIATION LLC
PO BOX 5897

New York, NY, 10087-5897

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,944.00

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page _100_of _124_

Debtor    Shenandos, Inc.
          Name

Case number (if known)    20-12876

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 252    **Nonpriority creditor's name and mailing address**

Premiere Communications & Consulting, Inc.
516 S New Hope Road

Raleigh, NC, 27610

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,600.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 253    **Nonpriority creditor's name and mailing address**

Professional Services Staffing Solutions
82 Forrest Road

Poquoson, VA, 23662

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 237.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 254    **Nonpriority creditor's name and mailing address**

Professional Teleconcepts, LLC
PO Box 311

Norwich, NY, 13815

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,141.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 255    **Nonpriority creditor's name and mailing address**

PS Networks
Unit F3
Bymac Business Centre
Blanchardstown

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,065.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 256    **Nonpriority creditor's name and mailing address**

PTS Consulting (Singapore) Pte Ltd (SGD)
Robinson Point  #13 - 01 39 Robinson

Singapore

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,994.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 257** Nonpriority creditor's name and mailing address

PTS Consulting Japan KK
6F Meisan-Takahama Bldg.
2-12-23 6F Kounan Minato-Ku
Tokyo

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,470.00

**3. 258** Nonpriority creditor's name and mailing address

Pure Computer Solutions, LLC
105 N 8th St Ste 1

Cabot, AR, 72023

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 80.00

**3. 259** Nonpriority creditor's name and mailing address

Qualts, Inc.
2-20-21-205 Mita

Minato-ku

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 86,405.00

**3. 260** Nonpriority creditor's name and mailing address

Quess Corp Limited
3, 3, 2, Bellandur Gate, Sarjapur Road

Bangalore

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 29,105.00

**3. 261** Nonpriority creditor's name and mailing address

Randstad Professionals
P.O. Box 742689

Atlanta, GA, 30374

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 7,900.00

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262**   **Nonpriority creditor's name and mailing address**

Randstad Technologies LLC
P.O. Box 847872

Dallas, TX, 75284-7872

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,270.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.263**   **Nonpriority creditor's name and mailing address**

RAS Corporate Secretarial Services Pte Ltd
80 Raffles Place, UOB Plaza 1

Singapore, GA, 48624

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 11,127.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.264**   **Nonpriority creditor's name and mailing address**

RAS Corporate Secretarial Services PTE LTD
8 Shenton Way, #21-07 AXA Tower
Singapore 68811

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.265**   **Nonpriority creditor's name and mailing address**

Redbug Computer Service LLC
325 W 5th Street

Mesa, AZ

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,240.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.266**   **Nonpriority creditor's name and mailing address**

Refresh Technologies, Inc.
1216 E 10th Street

Charlotte, NC, 28204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 69,296.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 267** Nonpriority creditor's name and mailing address

Regnskapsservice AS
Alexander Kiellands gate 2B
Lillestrom, Norway 2000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,178.00

---

**3. 268** Nonpriority creditor's name and mailing address

Reigner Technology
1201 SW 88 Way

Pembroke Pines, FL, 33025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 185.00

---

**3. 269** Nonpriority creditor's name and mailing address

Resident Directors NZ Ltd
PO Box 32-220 Devonport

Auckland, 624

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,900.00

---

**3. 270** Nonpriority creditor's name and mailing address

Resource Floor Care, LLC
8508 Park Road #162

Charlotte, NC, 28210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 898.00

---

**3. 271** Nonpriority creditor's name and mailing address

Reveneer Inc.
10 State St.

Woburn, MA, 1801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,922.00

Debtor    Sitenatus, Inc.
          Name                                                    Case number (if known)    20-12876

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.272  Nonpriority creditor's name and mailing address**

Rexus USA, LLC
Trolley Square, Suite 20C

Wilmington, DE, 19806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 39,252.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.273  Nonpriority creditor's name and mailing address**

RICHARD BUELL SUTTON
700 - 401 West Georgia St

Vancouver

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 634.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.274  Nonpriority creditor's name and mailing address**

RMA Network, Inc.
8811 63D Drive, Apt. 500

Rego Park, NY, 11374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 1,215.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.275  Nonpriority creditor's name and mailing address**

RNRRR LLC
14421 COLEBROOK DR

Eastvale, CA, 92880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.276  Nonpriority creditor's name and mailing address**

Rosebud Communications
2862 Maiden Lane

Altadena, CA, 91001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 7,200.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F             Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____
        Sheinabob, Inc.
        Name

Case number (if known)  20-12876

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277**  Nonpriority creditor's name and mailing address

Roy Cup, Inc.
PO Box 841000

Dallas, TX, 75284-1000

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.278**  Nonpriority creditor's name and mailing address

Royal Communications Consultants
39 Broadway Suite 3030

New York, NY, 10006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,086,706.00

---

**3.279**  Nonpriority creditor's name and mailing address

Ryno Nework Services, Inc
2879 Bridlewood Dr

Palm Harbor, FL, 34683

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 20,092.00

---

**3.280**  Nonpriority creditor's name and mailing address

Salesforce.com Inc
PO Box 203141

Dallas, TX, 75320-3141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 74,859.00

---

**3.281**  Nonpriority creditor's name and mailing address

Sanders Global LLC
250 Pleasant Hills Drive

Covington, GA, 30016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 5,946.00

---

Debtor    Stitenhals, Inc.    Case number (if known) 20-12876
Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.** 282  **Nonpriority creditor's name and mailing address**

SAP Concur
1919 Gallows Road

Vienna, VA, 22182

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,617.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 283  **Nonpriority creditor's name and mailing address**

Scandit Inc
745 Atlantic Avenue
7th floor
Boston, MA, 2111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 34,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 284  **Nonpriority creditor's name and mailing address**

Schneider Electric IT USA, Inc.
5081 Collections Center Drive

Chicago, IL, 60693-5081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,417.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 285  **Nonpriority creditor's name and mailing address**

Security Solutions
3110 Bluebird Dr

Charlotte, NC, 28226

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 9,469.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 286  **Nonpriority creditor's name and mailing address**

Seraph Technology Solutions LLC
5315 N. Clark, #272

Chicago, IL, 60640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 21,277.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 287  **Nonpriority creditor's name and mailing address**

ShadowmanPC
130 Faber Street

Knoxville, TN, 37918

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 333.00

**3.** 288  **Nonpriority creditor's name and mailing address**

Shanghai M-sung Intelligent Co. Ltd
Room 1310 Zhong Plaza No 1088
South Pu Dong Road
Shanghai

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,739.00

**3.** 289  **Nonpriority creditor's name and mailing address**

SHAR, S.A.
Edificio Monumental Vista da Estrada
Monumental

Funchal

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 936.00

**3.** 290  **Nonpriority creditor's name and mailing address**

Sharp Brain Ltd
Unit 8, Dock Offices, Surrey Quays Rd

London

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,435.00

**3.** 291  **Nonpriority creditor's name and mailing address**

Shaw IT Consultants, LLC
33863 Elde St

Chiloquin, OR, 97624

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 658.00

Debtor  _Sitehands, Inc._____
        Name

Case number (if known)___20-12876____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 292  **Nonpriority creditor's name and mailing address**

Shred-it USA
28883 NETWORK PLACE

CHICAGO, IL, 60673-1288

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 49.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 293  **Nonpriority creditor's name and mailing address**

Sigma-Byte Computers Pvt. Ltd.
H-11 12 Paragon Centre, Paragon Mills
Compound PB Marg Worli

Mumbai, AR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,222.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 294  **Nonpriority creditor's name and mailing address**

Signature Consultants
PO Box 534733

Atlanta, GA, 30353-4733

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 33,748.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 295  **Nonpriority creditor's name and mailing address**

SiteHands, Inc.
615 S. College St Suite 700

Charlotte, NC, 28202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,852.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 296  **Nonpriority creditor's name and mailing address**

Smith, Anderson, Blount, Dorsett, Mitchell &
Jernigan, L.L.P.
P.O. Box 2611

Raleigh, NC, 27602-2611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 65,958.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Stenallis, Inc. | Case number (if known) | 20-12876 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 297  **Nonpriority creditor's name and mailing address**

Sothertons Limited
PO Box 37447
Parnell
Auckland, New Zealand 1151

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 290.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 298  **Nonpriority creditor's name and mailing address**

South Carolina Department of Revenue
SC Department of Revenue
Tax Compliance Officer
Columbia, SC, 29214-0027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 688.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 299  **Nonpriority creditor's name and mailing address**

Southwest Networks Inc
1111 W. Carrier Parkway, Suite 400

Grand Prairie, TX, 75050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,540.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 300  **Nonpriority creditor's name and mailing address**

Spaulding Ridge, LLC.
105 W. Madison Street, Suite 1000

Chicago`, IL, 60602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,600.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 301  **Nonpriority creditor's name and mailing address**

Spec-Clean, LLC
4 Sand Cut Road, Unit 6

Brookfield, CT, 6804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32,241.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____Shenalous, Inc._____    Case number (if known)___20-12876__
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **302**  **Nonpriority creditor's name and mailing address**

Squanou Technology Inc.
1103 Sheridan Avenue
Suite 2G
Bronx, NY, 10456

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 77,241.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **303**  **Nonpriority creditor's name and mailing address**

State of New Jersey
New Jersey Division of Taxation
PO Box 666
Trenton, NJ, 08646-0666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **304**  **Nonpriority creditor's name and mailing address**

Steve Leung
Onsite LLC
P.O. Box 113
Medford, MA, 2155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,567.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **305**  **Nonpriority creditor's name and mailing address**

Studio De Giorgi e Associati
Emilio Motta 10
Milan, Italy 20144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,308.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** **306**  **Nonpriority creditor's name and mailing address**

Sudlows Enterprise Services Limited (GBP)
Ducie Works
107 Hulme Hall Lane
Manchester

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Sitehands, Inc.
Name

Case number (if known)    20-12876

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.** <u>307</u>    **Nonpriority creditor's name and mailing address**

Sunrise Day Camps Association Inc
8 Market Place
Suite 331
Baltimore, MD, 21202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>308</u>    **Nonpriority creditor's name and mailing address**

SV International LTD (EURO)
A8 Fatima Tower, Maysaloon

Sharjah

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>309</u>    **Nonpriority creditor's name and mailing address**

Syndeticom Electrical & Communications Pty Ltd
50 Balgowlah Road

Balgowlah

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 13,025.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>310</u>    **Nonpriority creditor's name and mailing address**

Synectics Inc
135 South LaSalle Street
Suite 2050
Chicago, IL, 60603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 16,824.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** <u>311</u>    **Nonpriority creditor's name and mailing address**

SYSTEL Communications, INC.
8722 Shoal Creek Drive

Houston, TX, 77064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 31,225.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 312   Nonpriority creditor's name and mailing address

Syvantis Technologies
13822 Bluestem Ct.

Baxter, MN, 56425

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 313   Nonpriority creditor's name and mailing address

T&T Consulting
12 Davis St

Nassau

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 9,392.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 314   Nonpriority creditor's name and mailing address

T.J. Transmission A/S
Gustav Johannsens Vej 11

Frederiksberg, 2000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 823.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 315   Nonpriority creditor's name and mailing address

Talco Knowhow Oy
Kyminlinnantie 6
Kotka, Finland 48600

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 541.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 316   Nonpriority creditor's name and mailing address

Talkdesk, Inc.
DEPT LA 24627

Pasadena, CA, 91185-4627

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 21,825.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Stenabus, Inc.
          Name

Case number (if known)    20-12876

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 317    **Nonpriority creditor's name and mailing address**

Tech Source Managed Services
106 Essie Coffey St

Bonner, CT

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,281.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 318    **Nonpriority creditor's name and mailing address**

Technology Deployment Services LLC
780 Morningside Dr.

Centerton, AR, 72719

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 695.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 319    **Nonpriority creditor's name and mailing address**

Technology Transfer LLC
949 Chestnut Oaks Circle

Birmingham, AL, 35244

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,846.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 320    **Nonpriority creditor's name and mailing address**

TechSavvi LLC
157 West Government Street

Brandon, MS, 39042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 250.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 321    **Nonpriority creditor's name and mailing address**

Tekmark Global Solutions, LLC
PO  Box 780228

Philadelphia, PA, 19178-0228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
        Stellantis, Inc.
        Name

Case number (if known) _20-12876_

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.322** **Nonpriority creditor's name and mailing address**

Tekmark Global Solutions, LLC (Vendor)
PO Box 780228

Philadelphia, PA, 19178-0228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 69,972.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.323** **Nonpriority creditor's name and mailing address**

TekPartners
P.O. BOX 740473

Atlanta, GA, 30374-0473

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 68,908.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.324** **Nonpriority creditor's name and mailing address**

Tekrun, LLC
2502 Waterstone Way

Marietta, GA, 30062-7701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,527.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.325** **Nonpriority creditor's name and mailing address**

Teksystems
7437 Race Road

Hanover, MD, 21076

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,696.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.326** **Nonpriority creditor's name and mailing address**

TeleData Technologies
7060 W Warm Springs Road #190

Las Vegas, NV, 89113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 828.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    Shenatias, Inc.
          Name                                    Case number (if known)    20-12876

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.327** Nonpriority creditor's name and mailing address

Tera IT Solution GmbH
Eschborner Landstra?e 42-50, 60489 Frankfurt
am Main

Frankfurt

As of the petition filing date, the claim is:    $ 4,446.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.328** Nonpriority creditor's name and mailing address

The Bagwell Group
67 Tamarack Trail
Stockholm, NJ, 07460

As of the petition filing date, the claim is:    $ 28,063.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.329** Nonpriority creditor's name and mailing address

The Bagwell Group
67 Tamarack Trail

Stockholm, NJ, 7460

As of the petition filing date, the claim is:    $ 28,063.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.330** Nonpriority creditor's name and mailing address

The Fishel Company
1366 Dublin Rd

Columbus, OH, 43215

As of the petition filing date, the claim is:    $ 19,987.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.331** Nonpriority creditor's name and mailing address

The Hartford
PO Box 660916

Dallas, TX, 75266-0916

As of the petition filing date, the claim is:    $ 3,395.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Shenahus, Inc.
          _____
          Name                                          Case number (if known)    20-12876

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.332** Nonpriority creditor's name and mailing address

The Sigma Group Limited
12 Don Road

St Helier

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 121.00

---

**3.333** Nonpriority creditor's name and mailing address

The Superior Group
740 waterman Avenue

Columbus, OH, 43215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 6,486.00

---

**3.334** Nonpriority creditor's name and mailing address

Tilcomm Enterprise, LLC
6678 South Avenue

Union City, GA, 30291

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,743.00

---

**3.335** Nonpriority creditor's name and mailing address

TMF Group
Esentepe Mh. Ali Kaya Sk. Polat Center A
Ve B Blok. Apt.. No: 1/B 69 K:1 Sisli
Istanbul, 34394

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 148,380.00

---

**3.336** Nonpriority creditor's name and mailing address

TMF Group Hellas LTD
62 Kifissias Avenue

Maroussi, 15125

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 8,928.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____Stefanius, Inc._____    Case number (if known) __20-12876__
              Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.337** Nonpriority creditor's name and mailing address

TMF Management & Accounting Services
(Israel)Ltd
7 Rival Street,
Tel Aviv, Israel 6777840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,950.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** Nonpriority creditor's name and mailing address

TMF Yonetim Hizmetleri Limited Sirketi
POLAT PLAZA No:13LEVENT s?sL?
Istanbul, Turkey

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,735.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** Nonpriority creditor's name and mailing address

Town of Castle Rock
PO Box 5332

Denver, CO, 80217-5332

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** Nonpriority creditor's name and mailing address

Trademark Entertainment LLC
5518 Nottinghamshire Lane

Westerville, OH, 43081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,473.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.341** Nonpriority creditor's name and mailing address

Transferwise FBO Signative Global LLC
135 Stone Creek Drive

York, PA, 17406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,122.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 342    **Nonpriority creditor's name and mailing address**

TransPerfect Translations International Inc.
1250 Broadway, 32nd Floor

New York, NY, 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,800.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 343    **Nonpriority creditor's name and mailing address**

Treureva LTD
Othmarstrasse 8, P.O. Box 131
Zurich, Switzerland 8008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,235.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 344    **Nonpriority creditor's name and mailing address**

U.S. Information Systems, Inc.
35 West Jefferson Ave.

Pearl River, NY, 10965

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 459,933.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 345    **Nonpriority creditor's name and mailing address**

Uni-Data & Communications, Inc.
65-21 Fresh Meadow Lane

Flushing, NY, 11365

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 44,843.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 346    **Nonpriority creditor's name and mailing address**

Uni-Tel Group LLC
360 Main Street
Suite 3
Matawan, NJ, 7747

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,824.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 347 **Nonpriority creditor's name and mailing address**

Unlimited Sources LLC
129-06 131st Street

South Ozone Park, NY, 11420

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35,849.00

---

**3.** 348 **Nonpriority creditor's name and mailing address**

Upstage Technology Inc.
94 Snowcap Rd

Brampton, ON

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,975.00

---

**3.** 349 **Nonpriority creditor's name and mailing address**

Upwork Global Inc.
420 Montgomery Street

San Francisco, CA, 94104

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,788.00

---

**3.** 350 **Nonpriority creditor's name and mailing address**

Van Ekeris Beheer
Bergweg 12
Rhenen, Netherlands 3911VB

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,397.00

---

**3.** 351 **Nonpriority creditor's name and mailing address**

VECA Electric & Technologies, LLC
5614 7th Avenue South PO Box 80467

Seattle, WA, 98108

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 80,345.00

---

Debtor    Shenandos, Inc.

Name

Case number (if known)    20-12876

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.352  Nonpriority creditor's name and mailing address**

Venture Data Centre Services LTD
Basepoint Business Centre Bridge Road

Haywards Heath

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,501.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.353  Nonpriority creditor's name and mailing address**

Viper Advanced Network Services LLC.
14910 Dogwood View Lane

Cypress, TX, 77429

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,820.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.354  Nonpriority creditor's name and mailing address**

VISSER&VISSER
Weena 750 Unit 10.7

Rotterdam

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,663.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.355  Nonpriority creditor's name and mailing address**

Walsh O'Brien Harnett
104 Lower Baggot Street
Dublin, Ireland

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.356  Nonpriority creditor's name and mailing address**

Westcoast Communication Services, Inc.
6702 Benjamin Rd, Suite 600

Tampa, FL, 33634

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,975.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Sitehabitus, Inc._____  20-12876-mew    Doc 21    Filed 01/14/21    Entered 01/14/21 20:24:49    Main Document
      Name
Pg 134 of 138    Case number (if known)___20-12876_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.357** Nonpriority creditor's name and mailing address

Western Cedar Wholesale
7940 Leibrant Rd

Everson, WA, 98247

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,213.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.358** Nonpriority creditor's name and mailing address

Wilight telecoms Srl
Rue de la Cute 2b

Neuchtel

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,337.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.359** Nonpriority creditor's name and mailing address

WP Electric & Communications Inc.
14198 Albers Way

Chino, CA, 91710

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  Sitenands, Inc.                                          Case number (if known) 20-12876
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Avalara Headquarters<br>255 S. King St.<br>Suite 1800<br>Seattle, WA, 98104 | Line 3.34<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _____Salenas, Inc_____
       Name

Case number *(if known)*_____20-12876_____

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 11,024,529.30 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 11,024,529.30 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Sitehands, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of New York</td></tr>
<tr><td>Case number (If known):</td><td>20-12876          Chapter   7</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease at 615 College Street, Charlotte, NC (currently subleased, see Sch. A/B) |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

The name and mailing address column for 2.1 reads: CSHV 615 COLLEGE, LLC

**Fill in this information to identify the case:**

Debtor name        Sitehands, Inc.

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known):    20-12876

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors                                                           12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |