**LaMonica Herbst & Maniscalco, LLP**  **Presentment Date: Wednesday, March 31, 2021 at 10:00 a.m.**
3305 Jerusalem Avenue   **Objections Due: Wednesday, March 24, 2021 by 5:00 p.m.**
Telephone: 516.826.6500
Jacqulyn S. Loftin, Esq.
*Counsel to Salvatore LaMonica, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                           Chapter 7
    SITEHANDS, INC.                           Case No.: 20-12876 (MEW)

              Debtor.
---------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF THE ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 721, AUTHORIZING THE CHAPTER 7 TRUSTEE TO OPERATE THE DEBTOR'S BUSINESS AND PAY CERTAIN OPERATING EXPENSES OF THE ESTATE AND RELATED RELIEF

**PLEASE TAKE NOTICE** that, on **Wednesday, March 31, 2021 at 10:00 a.m.**, Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the Sitehands, Inc. estate (the "Debtor"), by his counsel, LaMonica Herbst & Maniscalco, LLP, will present the motion (the "Motion")[1] seeking the entry of an Order, pursuant to Bankruptcy Code §§ 105(a) and 721, authorizing the Trustee to operate the Debtor's business and pay certain expenses on an interim basis from funds in the Debtor Estate to wind down the Debtor's operations, and more specifically, to collect the substantial accounts receivable from April 2, 2021 through July 1, 2021 (without prejudice to seek further extensions of such authority) to the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, Courtroom 617, One Bowling Green, New York, New York 10004 (the "Court").

---
[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be in writing, conform with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, state with particularity the grounds therefor and be filed with the Court, with a courtesy copy to the Chambers of the Honorable Michael E. Wiles, United States Bankruptcy Judge, and served upon, so as to be received by, LaMonica Herbst & Maniscalco, LLP, the attorneys for the Trustee, Attn: Jacqulyn S. Loftin, Esq., no later than **Wednesday, March 24, 2021 by 5:00 p.m.** (the "Objection Deadline") as follows: (i) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nysb.uscourts.gov, in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a compact disc in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Motion are filed by the Objection Deadline, the Court may enter the Order, substantially in the form annexed to the Motion.

**PLEASE TAKE FURTHER NOTICE** that if an objection is filed by the Objection Deadline, a hearing will be scheduled by the Court.

Dated: March 17, 2021
Wantagh, New York  **LaMONICA HERBST & MANISCALCO, LLP**
Counsel to Salvatore LaMonica, the Trustee

By:  *s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin, Esq.
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: 516.826.6500