**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**Manhattan**

In re

**SITEHANDS, INC.**

Debtor(s)

**Case No. 20-12876-MEW**

**Chapter 7**

### DIVIDENDS REMITTED TO THE COURT

---

The Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing an amount less than Five Dollars ($5.00) to be deposited by the Clerk of the Court into the Treasury of the United States.

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Alexander James Friends | $1.09 |
| 4119 Stonecrest Drive | |
| Apt B2 | |
| Burlington, NC 27215 | |

Dated: January 2, 2025

/s/ SALVATORE LAMONICA
SALVATORE LAMONICA, Trustee
3305 JERUSALEM AVENUE
WANTAGH, NY 11793
(516) 826-6500

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Dividends Remitted to the Court** was electronically served or mailed to Office of the U.S. Trustee, on January 2, 2025.

/s/ SALVATORE LAMONICA
SALVATORE LAMONICA