**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**Manhattan**

In re

SITEHANDS, INC.

**Case No. 20-12876 - MEW**

**Chapter 7**

Debtor(s)

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividends(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Ohio Department of Taxation<br>Attn: Employment Tax<br>PO Box 1090<br>Columbus, OH 43216-1090 | $310.62 |
| American Eagle Systems, Inc.<br>c/o Silvermanacampora LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY 11753<br>Attn: Anthony C. Acampora, Esq. | $11,446.98 |
| Ceenex Global LLC<br>PO: 40935, Office C 2101, Ontario<br>Tower, Dubai, Use<br>PO Box 40935, Office no. 2101,<br>Ontario Tower, Bus | $92.77 |
| BBC Professionals – Chartered<br>Accountants<br>Charter House, 7 Mcneil Road<br>Sabo Yaba Lagos, Nigeria | $149.83 |
| Console It<br>35 Rue Maurice David<br>Pierrefitte-Sur-Seline, 93380 | $56.74 |

| | |
|---|---|
| Hojin Sec Limited<br>30 Habour Road<br>Hong Kong | $6.37 |
| Aoba Business Consulting Limited<br>3rd Floor, Sun Hung Kai Centre<br>30 Harbour Road, Wanchai<br>Hong Kong | $56.66 |
| Pts Consulting (Singapore) Private<br>Limited<br>11-01, 12 Marina View<br>Asia Square Tower 2<br>Singapore 018961 | $197.84 |
| Evo-It Solutions Inc.<br>4787 Elgin Ave Se<br>Calgary, Alberta, T2z0M5, Canada | $8.95 |
| Pts Consulting Japan Kk<br>2-12-23 Konan<br>Minato Ku 1008-0075 Tokyo<br>Japan | $144.17 |
| Walsh O'Brien Harnett Accountants<br>Limited<br>104 Lower Baggot Street<br>Dublin<br>D02 Y940 | $47.15 |
| Futureplan By Ascensus<br>Janel Loven c/o Ascensus Finance<br>Dept.<br>415 8th Avenue Ne<br>Brainerd, MN 56401 | $43.35 |
| Excelredstone Converged Solutions<br>Limited<br>85 Great Portland St.<br>Longdon, England, W1w 7Lt | $847.68 |
| Connecting Tomorrow It Ug<br>Webergasse 3<br>Bad Hesfeld, 36251 | $541.03 |
| CCW Associates (HK) Ltd.<br>Brian Liu<br>1802, 18F Hing Lung<br>Commercial Building<br>68-74 Bonham Strand, Hong Kong | $296.98 |

It Destination Ab (Sweden)                                                      $361.34
37 Godvadersgatan
Gothenburg, Sweden 41838

Tmf Services India Private Limited                                            $6,317.13
1302, One International Center
Elphinstone W
Mumbai-40013, Mh

Kelly Michael Kamm                                                          $12,535.47
727 Pennsylvania Ave Apt 709
Elizabeth, NJ 07201-1285

Dated:  October 28, 2025                       /s/ SALVATORE LAMONICA
                                               SALVATORE LAMONICA, Trustee
                                               3305 JERUSALEM AVENUE
                                               WANTAGH, NY 11793
                                               (516)826-6500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to Office of the U.S. Trustee, on October 28, 2025.